USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOORA DHAFIR ALSARIAA,

                Plaintiff,

-against-

ASCEND CHARTER SCHOOLS and AMBER CHARTER SCHOOL KINGSBRIDGE,

                Defendants.

24 Civ. 7265 (AT)

ORDER OF SERVICE

ANALISA TORRES, United States District Judge:

    Plaintiff *pro se*, Noora Dhafir AlSariaa, asserts claims of employment discrimination and retaliation under (1) Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, (2) 42 U.S.C. § 1981, and (3) the New York State Human Rights Law, N.Y. Exec. Law §§ 290 *et seq*. Compl. at 3–4, ECF No. 1. She sues (1) Ascend Charter Schools, which appears to be a network of charter schools located in Brooklyn, New York, and (2) Amber Charter School Kingsbridge, a charter school located in the Bronx, New York. *Id.* at 2. The Court construes the complaint as additionally asserting claims of employment discrimination and retaliation under the New York City Human Rights Law ("NYCHRL"), N.Y.C. Admin. Code §§ 8-101 *et seq.*, as well as state-law claims of libel and/or slander.

    By order dated October 2, 2024, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. ECF No. 5. Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on assistance from the Court and the United States Marshals Service ("USMS") to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

    If a summons and the complaint are not served on each defendant within 90 days after the date that summonses for Defendants have issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service). Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if she fails to do so.

    The Clerk of Court is respectfully directed to (1) mail an information package to Plaintiff, (2) issue summonses for Ascend Charter Schools and Amber Charter School Kingsbridge, (3) complete a USMS Process Receipt and Return form with the service address for each of those

---

[1] Although Federal Rule of Civil Procedure 4(m) generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date that summonses issue.

defendants, and (4) deliver to the USMS all documents necessary to effect service of the summons and complaint on each defendant.

    SO ORDERED.

Dated: October 30, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge