UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2025
```

NOORA D. ALSARIAA,

              Plaintiffs,

-v-

ASCEND CHARTER SCHOOLS, *et al.*,

              Defendants.

**ORDER**

24-CV-7265 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Via letter dated April 28, 2025, Plaintiff, who is proceeding pro se, has requested an initial conference. Dkt. No. 40. Because there are currently two fully-briefed motions to dismiss pending, her request is **DENIED WITHOUT PREJUDICE** to renewal once the motions to dismiss are adjudicated.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: April 30, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1