UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2026

NOORA D. ALSARIAA,

               Plaintiffs,

    -v-

ASCEND CHARTER SCHOOLS, *et al.*,

          Defendants.

**ORDER**

24-CV-7265 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On March 27, 2026, Plaintiff's Amended Complaint was entered on the docket. ECF No. 52. If Defendants plan to move to dismiss the Amended Complaint, they must file a letter by **April 10, 2026** requesting a premotion conference to discuss the proposed motion and a schedule for joint briefing by Defendants.

**SO ORDERED.**

Dated: March 30, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge