UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOORA D. ALSARIAA,

Plaintiff,

-v-

ASCEND CHARTER SCHOOLS, *et al.*,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/13/2026_

**ORDER**

24-CV-7265 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant Amber Charter School Kingsbridge's motion to dismiss, ECF No. 57 (the "Motion"). Because the Motion does not comply with Rule II(B) of the undersigned's Individual Rules and Practices, the Motion is **DENIED** on procedural grounds. The undersigned will instead treat the Motion as a request for a pre-motion conference. Plaintiff is directed to file a response to the Motion by **April 24, 2026.**

The undersigned will address the Motion, along with Defendant Ascend Charter Schools' letter motion at ECF No. 54, at the telephone conference scheduled on **May 1, 2026 at 10:00 a.m.** *See* ECF No. 56. Counsel and the pro se litigant should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 276 201 33#). The undersigned will also discuss the consolidation of the Defendants' briefing at the May 1, 2026 conference.

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 57 as **DENIED**.

1

**SO ORDERED.**

Dated: April 13, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

2