UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

NOORA D. ALSARIAA                                Case No.: 24-cv-07265 (AT)

                                    Plaintiff,

-against-                                        **NOTICE OF MOTION TO**
                                                 **DISMISS THE AMENDED**
ASCEND CHARTER SCHOOLS and                       **COMPLAINT**
AMBER CHARTER SCHOOL KINGSBRIDGE

                                    Defendants.

---------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the annexed Affirmation of Edward Grimmett, Esq., dated May 22, 2026, and the Exhibits annexed thereto, and the accompanying Memorandum of Law in Support, Defendant, Ascend Charter Schools, by its attorneys Kaufman Dolowich LLP, will move this Court before the Honorable Analisa Torres, at the United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be designated by the Court, for an Order: (i) dismissing all claims of discrimination, hostile work environment, and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1981, and the New York State Human Rights Law set forth in Plaintiff's Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the grounds that Plaintiff has failed to plausibly allege that she faced any disparate or discriminatory treatment as a result of her membership in a protected category, that any viable harassment or hostile work environment claims amount to more than petty slights or trivial inconveniences, and that she faced a materially adverse employment action due to her engagement in protected activity; and (ii) granting all such other and further relief as this Court deems just and proper.

1

Dated: Woodbury, New York
      May 22, 2026

                                        **Kaufman Dolowich LLP**
*Attorneys for Defendant Ascend Charter Schools*

By: _____

                                        Keith Gutstein, Esq.
                                        Edward Grimmett, Esq.
                                        135 Crossways Park Drive, Suite 201
                                        Woodbury, New York 11797
                                        (516) 681-1100
                                        kgutstein@kaufmandolowich.com
                                        egrimmett@kaufmandolowich.com

TO:    Noora D. AlSariaa
        450 53rd Street
        Brooklyn, New York 1120