UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

NOORA D. ALSARIAA                                    Case No.: 24-cv-07265 (AT)

                                    Plaintiff,

-against-                                           **ATTORNEY AFFIRMATION IN SUPPORT OF DEFENDANT ASCEND CHARTER SCHOOLS' MOTION TO DISMISS THE AMENDED COMPLAINT**

ASCEND CHARTER SCHOOLS and
AMBER CHARTER SCHOOL KINGSBRIDGE

                                    Defendants.

--------------------------------------------------------------------X

**EDWARD GRIMMETT**, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a Partner of the law firm Kaufman Dolowich LLP, attorneys for Defendant, Ascend Charter Schools ("Ascend" or "Defendant").

2.      I respectfully submit this Declaration in Support of Defendant's Motion to Dismiss the Amended Complaint alleging causes of action for discrimination, hostile work environment, and retaliation under Title VII of the Civil Rights Act ("Title VII"), 42 U.S.C. § 1981 ("Section 1981"), and the New York State Human Rights Law ("NYSHRL") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

3.      Plaintiff bases these claims on her membership in various protected categories, including race and national origin.

4.      Plaintiff initiated this action on September 25, 2024, with the filing of her Original Complaint containing allegations against Defendants Ascend Charter Schools and Amber Charter School Kingsbridge (the "Original Complaint").  Attached as **Exhibit A** is a true and accurate copy of Plaintiff's September 25, 2024, Original Complaint.

1

5.      On March 12, 2025, Defendant Ascend filed a motion to dismiss the Original Complaint. *See* ECF Docket Nos. 22-25.

6.      On March 25, 2025, Defendant Amber Charter Schools filed a motion to dismiss the Original Complaint. *See* ECF Docket Nos. 27-30.

7.      On October 9, 2025, Magistrate Judge Henry J. Ricardo issued a Report and Recommendation recommending that the Defendants' motion to dismiss the Original Complaint be granted with leave to amend. *See* ECF Docket No. 42.

8.      On November 3, 2025, Plaintiff filed objections to the Report and Recommendation. *See* ECF Docket No. 45.

9.      On November 17, 2025, Defendants opposed Plaintiff's objections. *See* ECF Docket Nos. 46-49.

10.      On February 26, 2026, the Court adopted the Report and Recommendation and granted Defendants' motions to dismiss the Original Complaint in its entirety. *See* ECF Docket No. 50.  The Court's February 26, 2026, Order further provided that "[s]hould [Plaintiff] wish to file an amended complaint, she shall do so by March 26, 2026." *Id.*

11.      On March 27, 2026, Plaintiff filed the instant Amended Complaint containing allegations against Defendants Ascend and Amber. Attached as **Exhibit B** is a true and accurate copy of Plaintiff's March 27, 2026, Amended Complaint.

12.      Plaintiff has failed to plausibly allege that she faced any discriminatory or disparate treatment as a result of her membership in a protected category.

13.      Plaintiff has also failed to plausibly allege any viable harassment, or hostile work environment claims as the allegations contained in the Amended Complaint amount to no more than petty slights and trivial inconveniences.

14. Further, Plaintiff has not plausibly alleged that she faced a material adverse employment action due to her engagement in protected activity.

**WHEREFORE**, it is respectfully requested that this Court grant Defendant's Motion to Dismiss the Amended Complaint in its entirety, with prejudice, and enter an Order: (a) dismissing all of Plaintiff's causes of action pursuant to 12(b)(6) of the Federal Rules of Civil Procedure; and (b) granting all such other and further relief as the Court deems just and proper.

Dated: Woodbury, New York
      May 22, 2026

_____
Edward Grimmett

3