# Exhibit A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Ms. Noora Dhafir AlSariaa

_____

Write the full name of each plaintiff.

\_\_\_\_\_CV_____

(Include case number if one has been assigned)

-against-

Ascend Charter Schools and Amber Charter School Kingsbridge

_____

Do you want a jury trial?

☐ Yes     ☒ No

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 3/24/17

## I.     PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Noora | D | AlSariaa |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 450 53rd St | | |
|---|---|---|
| Street Address | | |

| Kings, Brooklyn | NY | 11220 |
|---|---|---|
| County, City | State | Zip Code |

| 6464078561 | noora.imun@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:

| Ascend Charter Schools | | |
|---|---|---|
| Name | | |
| 205 Rockaway Pkwy 6th Floor | | |
| Address where defendant may be served | | |
| Kings,Brooklyn | NY | 11212 |
| County, City | State | Zip Code |

Defendant 2:

| Amber Charter School Kingsbridge | | |
|---|---|---|
| Name | | |
| 3120 Corlear Ave | | |
| Address where defendant may be served | | |
| Bronx | NY | 10463 |
| County, City | State | Zip Code |

Defendant 3:

_____
    Name

_____
    Address where defendant may be served

_____
    County, City         State        Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

Ascend Charter Schools  address: 205 Rockaway Pkwy 6th FL
_____
Name

_____
Address

Kings, Brooklyn         NY        11212
_____
County, City         State        Zip Code

## III.    CAUSE OF ACTION

## A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☒ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

    The defendant discriminated against me because of my (check only those that apply and explain):

    ☐ race: _____

    ☐ color: _____

    ☐ religion: _____

    ☐ sex: _____

    ☒ national origin: Iraqi is my origin nationality

Page 3

☒ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: <u>White or Caucasian/ Arabic</u>

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: <u>     </u>

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: <u>     </u>

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: <u>     </u>

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

<u>     </u>

## IV.   STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐  did not hire me
- ☒  terminated my employment
- ☐  did not promote me
- ☐  did not accommodate my disability
- ☐  provided me with terms and conditions of employment different from those of similar employees
- ☒  retaliated against me
- ☒  harassed me or created a hostile work environment
- ☒  other (specify):  Order other Charter schools to cancel my assigments and removed me from substitute teacher list in New York City.

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

My name was removed from New York City "Ascend charter Schools" and other Charter schools including "Amber charter, opportunity charter" after I complained by email about discrimination and biased treatment "white race", I received from Ascend school in my assignment day of March 19, 2024. I complained to the school principal Sonja Jones when the school change my assignment schedule after finished my workday "only me" among other teachers and the bad treatment I received earlier from Sonja Jones in the same day. Discrimination based on national origin: in the break room, the conversation was how bad Arabic language and how bad Arab countries and Ms. Walker descried Emiratis "Dubai" worse among world cities. Because I Iraqi and speak Arabic. "please finds extension to the form attached.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.   ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒   Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?  07/22/2024 (Attached)

☐   No

Have you received a Notice of Right to Sue from the EEOC?

☒   Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?  09/20/2024 (Attached)

When did you receive the Notice?  09/20/2024

☐   No

## VI.   RELIEF

The relief I want the court to order is (check only those that apply):

☐   direct the defendant to hire me

☐   direct the defendant to re-employ me

☐   direct the defendant to promote me

☐   direct the defendant to reasonably accommodate my religion

☐   direct the defendant to reasonably accommodate my disability

☒   direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

Compensation for losing teaching opportunities in New York city. Compensation for damaging my reputation among other schools in the district. Reveal the names and entities who is behind urging the schools to create hate environment because my Arabic background.

## VII. PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | | |
|---|---|---|
| 09/25/2024 | | "/s/ Noora" |
| Dated | | Plaintiff's Signature |
| Noora | D | AlSariaa |
| First Name | Middle Initial | Last Name |
| 450 53rd St. | | |
| Street Address | | |
| Kings, Brooklyn | NY | 11220 |
| County, City | State | Zip Code |
| 646-407-8561 | | noora.imun@gmail.com |
| Telephone Number | | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1.  Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2.  Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1.  You will no longer receive documents in the mail;

2.  If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3.  This service does *not* allow you to electronically file your documents;

4.  It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

rev. 2/9/15

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

---

AlSariaa, Noora, D.
_____
Name (Last, First, MI)

| 450 53 St Brooklyn | NY | 11220 |
|---|---|---|
| Address          City | State | Zip Code |

| 6464078561 | noora.imun@gmail.com |
|---|---|
| Telephone Number | E-mail Address |

| 09/25/2024 | "/s/ Noora" |
|---|---|
| Date | Signature |

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

**Noora AlSariaa Vs. Ascend charter schools and Amber School**

**Extension to the Complaint form**

Briefly: In 2024, I work a substitute teacher for long and short terms through Swing Education agency which provide substitute teaching service to the charter schools group in New York. The work system is receiving assignments through "Swing" as independent contractor teacher. On March 19, 2024, I was assigned to work with Ascend Charter School/ Elementary, located in Rockaway/ Brooklyn. The assignment schedule to work from 7:45 am to 3:30 pm. Only one day "single assignment". I complained to the school principal Sonja Jones when the school changed my assignment schedule after finished my workday "only me" among other teachers and the bad treatment I received earlier from Sonja Jones in the same day. (Attached the email from Swing stated "removed my name from all Ascend schools" because my complained about illegal change to my schedule). However, ascend schools ordered other charter schools to remove my name and cancel any conformed assignments and Amber charter schools responded and followed Ascend order but Growing up Green charter school didn't followed it.

Details: I arrived in the morning at 7:30 am and I received the day schedule (Attached)[1]. The schedule indicated the assignment of the day ended at 3:30 p.m. I wasn't the only substitute teacher assigned for that day. There were more than 5 sub teachers in break room. Earlier of the day at 11:40 am after my first period in room (312) for first grade (1B), Ms. Sonja came to the break room in front of other teachers asked in rage tone, said "who is Ms. A" (Me)? come to the office", I went. She was with other school principals (he was one he came later with anger), she said (we had students' problem at lunch time with you "she named one of the classes", I said "I don't have lunch duties, and I did cover science with first grade. I went back to break room. On my last period with fourth grade from 12:15 to 3:30 pm, and after I left with 4B class in room (502) alone without any plan or lesson plan, only Ms. Sonja showed up for two minutes asked to put movie on, I told her "I asked students to be on their computers so they can complete their tasks" she said okay and left, then by the end of day at 3:15-20 pm, one of the school principal came with a list of dismissal list of students families (grown up) for pick up and he said in angry voice in front of students "this is the list for dismissal and it starts at 3:35 pm), I said my assignment time to 3:30 pm like other sub teachers for today and he said "No, it is until 4 pm" and I showed him my schedule and assignment on phone and on paper, he said "there is wrong and I will call to correct it now", I didn't argue again because we were inside the classroom, I said okay then he left. And I didn't receive any notification for correction before 3:30 pm. I saw the other Sub Mr. Samedi leaving and waved to me to leave. At 3:25 pm, the classroom teacher came back then I left, and I saw on my way two others sub teachers (Theo Valerie and Ms. Walker) and I asked them, (did anyone from school principals asked you to stay over time? They said No!). I singed out at 3:30 pm in principal's office (attached picture). After I left and arrived home and at 4:45 pm, I received notification your assignment date change to 4 pm! I reached out

to my agency (Swing) and chat with support team (Jasell) (attached)[2] I complained about discrimination not with other teachers and scam the time and it is illegal because agreement until 3:30 and my assignment accomplished. The agent reversed the time as it was agreed upon. I wrote an email to Ms. Sonja asked why this illegal changed agreement time with me. (attached)[3]. Why this discrimination based on national origin: in the break room, the conversation was how bad Arabic language and how bad Arab countries and Ms. Walker descried Emiratis "Dubai" worse among world cities. Because I Iraqi and speak Arabic. This conversation happened from 11:40-12:15 pm I strongly believe third party involved cased me all this problem. (Additional information 3). So, they tried to create problem with classroom management earlier, but it didn't work, so they changed the schedule time after work in order to say she left earlier to fire me, and the reason to remove my career because I am Arabic as I believe and witness believe that happened because I am white substitute teacher among others (people of color) those who didn't receive time change like what happened with me and no one came to them in last minute asked to say.

### Additional Information 3

After I received the notification at 4:45 pm, which changed my assignment time to 4 pm, I immediately contacted my agency (Jasell)(attached)[4], **because any bad feedback from school effect my assignments request in future with Swing,** also next day, I wrote to the school principals asked Sonja Jones why this discrimination by changing my time schedule after day accomplished and only me? And why the bad treatment I received from the school earlier? I asked for an apology (**attachment 3 picture of the email)**, next day I received an email from Swing (Heather)[3] reflected what I was concern about which is (Ascend school has asked that I should not return to any of their Ascend compasses).  Heather asked for phone call to discuss what was happening from my side because she received from as Ascend, so we had a phone call on Friday Mach 22(attached)[4,]  I understood through the phone call, that the opponent (Ascend) has lied to Swing by **saying "Ms. A (me) did not finished her day assignment**, So Heather got clarity from me and I respect Swing request about "do not reach out to Ascend again", so I did.

### The situation with Amber and Growing Up Green schools:

Briefly, Following Ascend steps  I was removed from Amber charter schools/ Elementary, and my assignments cancelled for future ones, and they reasoned it as "due to her not fit classroom management", while "Growing up green Elementary school" received the same direction to remove my name but the school principals stand with me".

### Details:

On the same week after Tuesday March 19, I had three more days assignments: On Wednesday March 20, I had "Amber Charter School East Harlem" location in "220 E 106[th] St, New York, NY 10029" I was assigned with Ms. Claudia for 1st grade, but I noticed Ms. Claudia had different

2

attuited with me at that day than the earlier once on Monday of the same week March 18 when I covered with her couple hours when she appreciated my work. She tried to make problem over students going to bathroom, but it was fine afterword. In the break room, there were two teachers also talked bad about Dubai and Arabic language! The third thing is Ms. Yahaira "the school principals was absent" and she usually like my work when I was assigned before in her school.

On Thursday March 21, my assignment was with "Amber Charter school Kingsbridge" location in "3120 Corlear Ave, Bronx, NY 10463" I worked with Ms. Lissat or (Lizzat) for Kindergarten and the teacher likes my work and my support to her classroom day. I was with her until the last minutes to dismiss the students and she thanks me a lot and we talked about next week assignments because I had accepted two more days for kindergarten next week (March 25-March 27/2024).

However, at 3:30 pm after finished my day I received cancellation notification to my future assignments with Amber schools in both locations. **I opened chat with Swing (Chris)[5]** and I asked "why they cancelled me", he said "as they said because classroom management"

I said the co-teachers likes my work, but Swing encourages me to work with different schools and they didn't take negative action based on that, but I have only few charter schools left for work opportunities and appeared later on "All charter schools received order to not accept me"

### Additional information 4

On Friday March 22, my assignment was with Growing Up Green/ Charter school Elementary location in 39-27 28th St Queens NY 11101. It was my normal assignment with this school because the principals value my hard work and professional dealing with my students and they wrote two good feedback about my work. But it was obviously afternoon this school received an order to create problem in order to remove me like other schools. So around 1 pm, one of staff receptions who sit in front desk, "there are two ladies one with white hair (Sarah) and the other staff who is short and black hair (Spanish speaker), so the other one grabbed one of my students who I sent to the bathroom and she came into the gym where I was assigned and she said "why this girl has red eyes" she took her to the principal's office in the first floor but the office asked her to leave the student with me and back to front desk. After that they practiced "security lockup" and I was in the office with my class, after that the principals came to me and said you are "good teacher we know that". And by the end of my day Ms. Krigale thanks me.

**Analysis:**

First of all, "Ascend school changed my schedule only after assignment completed is illegal, even those witnesses (Please interview the witnesses because they are ready to tell the truth) and Swing 's staff were shocked about this illegal act and reaction of Ascend after I complained

about it which basically **retaliation**. The reason I wrote the email to Ascend because I know they will write bad feedback anyway in order to cause me trouble and loss my contract with Swing as independent contractor could lose my entire job and as human being no one will stay silent with this kind of assault in front of the students, So instead of apologize, they removed my name and **slander against my teaching career by lies.** In the phone with Heather (Swing agent) I noticed the opponent lied twice by saying "She didn't finish her day", which truly illegal and there is a camera in lobby and office and everywhere in addition to the witness. This is not the first time Ascend school did this illegal and discrimination against me because Ascend school in Canarsie/ Brooklyn staff (Ms. Maurice/ the assistance principals assaulted me in front of the staff and students on November 3rd/ 2023. I asked her to apologize in text message after the dismissal instead she cancelled my long terms assignments and wrote bad feedback, but Swing understood, it was their discrimination not my fault. But this Ascend charter "removed my name from all Ascend schools and order other charter schools to do so, Amber follow ascends direction.


Second: As it is obvious, there is a third party involved in my case. Please read the details about Amber schools and "Growing up green school". There is third party asked those schools staff to create problem in order to make me leave my job. Please interview Ms. Tia Walker ( 917-825-7115) who speaks about Arabic language and UAE "Dubai"  and asked her **"who asked to do so?" it is the same third party who did the following**:

**1**. Change my time schedule after the workday "illegally act".

**2.** Asked Growing up green school to create problem but the school principals rejected. Please interview the receptionist staff (as described above) and the principals of the school and they will tell the truth.

**3**. The school principal in "Amber school in Kingsbridge" Ms. Marina (or Maria) act on behalf of the third party with her assistant (short lady with blond hair), her school cancelled my assignments upend request from Ascend school in March but they excused it as " classroom management" despite the fact with teacher witness described above, additionally, at same school "Amber Kingsbridge" in February 9th 2024, they created a scenario against me in order to cause me a trouble. I was assigned to work with second Grade (located in first Fl, first class on the left) and despite of the teacher of the that class was happy and appreciated my help, those two principals called "a small arguments over two students a fight during lunch break (which was only without purpose one student accidently hit other in head). They made the victim child crying, and his body was trembled, and he kept apologized. I know he didn't do anything. His teacher said it is okay we have this kind of issue every day, but those principals staff kept coming asked for victim student (who accidently hit other child) and they disciplined him. By the end of the day, I asked (Ms. Marina or Maria) about my day, she smiled (you are okay but next time watch the students closely!). That was (02/09/2024) but in (03/21/2024) she basically removed my name directly upon order upon request from 3rd party after Ascend school crime.

4

Ms. Mariana and her assistant abuse the children on Feb 9th, 2024, to cause me a problem which I strongly believe there is a third party involved. Also, please interview Ms. Yahaira (Amber East Harlem) and ask her why they remove my assignments, she knew I am good teacher.

4. In "Opportunity Charter school" Middle and high school, locate in 2024 W 113th New York, 10026. Some of students and staff, told in my faced "we don't like you, you speak Arabic language, and I didn't even tell anyone I speak Arabic language. I was with other math teacher for 7th grade last Feb when student told this in the middle of the class. Also, one par-staff described Arabic counties specifically Dubai as worse city on earth on my face waiting for reaction! Student "Ayden" in seven grades, knew private thing about me. I informed Ms. Willis (the principals) about it. I used to work with this school many times before but after Ascend crime, they stop sending request. I strongly believe "there is a third party involved slander my name among these schools.

I am not from United Arab Emiratis, but I do speak Arabic but obviously the 3rd party who involved in these crimes hate **my country background Arabic ethnicity and my language.**

According to the Civil Rights Act of 1964 VII "it is unlawful for an employer "ascend schools in my case"[8] to take negative action or retaliation against a person complaint about discrimination whether formally or informally" and when complained to Sonja Jones (Ascend principals) about the biased and discrimination treatment I received by her and her assistant which included the hatred treatment and changed the assignment time after work "which it is illegal"

Why it is illegal? I am independent contractor, and I had only one day assignment between me and Ascend charter school in certain hours (7:45 am to 3:30 pm) and Ascend changed the schedule time after the agreement time set without notice only in last minute, it is breach of contract. It is a fraud. In top of that in my case it was employment discrimination because all the co-workers (find below the list of witnesses) at that day March 19, 2024, they did NOT receive assignment schedule change and Ascend charter schools did not complaint about them whether they did or did not finishing the assignment day to Swing education as Ascend schools did with me (as we all work with Swing Education agency). Additionally, none of them received such a bad treatment by principal's staff.

My email to Sonja Jones was about complaining of discrimination treatment and assault by her team, whether my email was formally or informally. Second, I stated in my email about possibility to rise a complaint about discrimination treatment to related agencies, in response Ascend schools retaliated by removing my name and it is unlawful act according to the U.S equal Employment opportunity law[9] "the retaliation against the employees for filling, being witness or complaint about employment discrimination". And Ascend schools engaged in verbal abuse inside the school campuses (the classroom) waiting to my reaction, but I emailed them after the school day not in front of the students.

Please restore my rights. Now, I am in transition to move from New York City to different state because I have less work opportunities working with Charter schools. After Ascend schools' removal, I have worked in Bronx last April and it is too far from where I live In Brooklyn and face work challenging with schools who appear to know my background and I was accused to be Iraqi (Arabic speaker country). Interview the witnesses (please find it below) and interviewing from Growing up green and teacher at Amber school to stop the third party exercise the employment discrimination.

"/s/ Noora"

Noora AlSariaa

09/25/2024

Attachment:

1. Gmail - [Swing Education] Re/ Jasell Conversation with Noora Alsariaa.pdf
2. Gmail Sonja Jones - Illegal acts.pdf
3. Gmail - Response Required Ascend removal - Feedback from school partner.pdf
4. Gmail - Invitation/ Noora alsariaa and Swing Response & Resolutions Team @ Fri Mar 22, 2024 1/30pm - 2pm (PDT) (norah.joseph1993@gmail.com).pdf
5. Gmail -Amber school [Swing Education] Re/ Conversation with Noora Alsariaa.pdf
6. Workday schedule 03/19/24- 2 photos
7. Time sheet Ascend two sheets Ascends.
8. Civil Right act 1964 VII
9. U.S. Equal Employment opportunity act.

**Witnesses:**

The following people witnessed the discrimination of Ascend charter schools on March 19, 2024:

1. Name: Praise Leri   Title: Substitute teacher

Telephone Number: (646-995-0551) Relationship to me: coworker.

What did this person witness?

Praise Leri, was assigned like me to 3:30 pm after he finished his assignment day, he left, he didn't

receive reverse schedule nor asked to stay over

time

2. Name: Benjamin Samedi. Title: Substitute teacher

Telephone Number: 631-478-6427. Relationship to me: Coworker

What did this person witness: Samedi was assigned like me to 3:30 pm after he finished his assignment day, he left, he didn't receive reverse schedule nor asked to stay over time, also he witness bad speak about Arabic language.

3. Name: Inas Allam. Title: substitute teacher

Telephone number: 646-270-4643 Relationship to me: Coworker

What did this person witness: Allam, assigned until 4 pm, no one change her schedule after work also she witnesses criticized Arabic language.

4. Name: Theo Valerie. Title: substitute teacher

Telephone Number: 646-468-3114. Relationship to me: Coworker

What did this person witness: witness called me for no reason and not schedule change.

5. Ms. Tia Walker (917-825-7115) Title: substitute teacher

What did this person witness: this person speaks about Arabic language and UAE "Dubai, she left at schedule time at 3:30 pm, no one asked her to stay over time.

Case 1:24-cv-07265-AT-HJR   Document 66-2   Filed 09/25/24   Page 18 of 35



# Laws We Enforce

─────

_____ | _____ | 한국어 | ਪੰਜਾਬੀ | Español | Tagalog | Tiếng Việt

## Title VII of the Civil Rights Act of 1964

[Title VII of the Civil Rights Act of 1964](#) (Title VII) makes it unlawful for an employer to discriminate against someone because of:

- Race;
- Color;
- Religion;
- Sex (including pregnancy, childbirth, and related conditions, sexual orientation, and gender identity); or
- National origin.

Title VII also makes it unlawful for an employer to take a negative action, or retaliate, against a person because they:

- Complained about discrimination, whether formally or informally;
- Filed a charge of discrimination with an agency like the U.S. Equal Employment Opportunity Commission, or
- Participated as a witness in an employment discrimination investigation or lawsuit.

Title VII also makes it unlawful to use policies or practices that seem neutral but have the effect of discriminating against people because of their race, color, religion, sex (including pregnancy, childbirth, and related conditions, sexual orientation, and gender identity), or national origin.

Under Title VII, it is unlawful to discriminate in any aspect of employment, including:

- Hiring and firing;
- Compensation, assignment, or classification of workers;
- Transfer, promotion, layoff, or recall;
- Job advertisements and recruitment;
- Testing;
- Use of employer facilities;

Case 4:24-cv-07065-ATHRR   Document 66-2   Filed 09/25/26   Page 19 of 35

 **Gmail**

# Invitation: Noora alsariaa and Swing Response & Resolutions Team @ Fri Mar 22, 2024 1:30pm - 2pm (PDT) (norah.joseph1993@gmail.com)

1 message

**Response & Resolutions** <rrt@swingeducation.com>                          Thu, Mar 21, 2024 at 4:02 PM
Reply-To: Response & Resolutions <rrt@swingeducation.com>
To: norah.joseph1993@gmail.com

Event Name: Chat with Response & Resolutions

Location: +1 646-407-8561

Need to make changes to this event?
Cancel: https://calendly.com/cancellations/cde4a05c-9d26-40e5-93bb-bd616140a2fc
Reschedule: https://calendly.com/reschedulings/cde4a05c-9d26-40e5-93bb-bd616140a2fc

Powered by Calendly.com

**When**

Friday Mar 22, 2024 · 1:30pm – 2pm (Pacific Time - Los Angeles)

**Location**

+1 646-407-8561
**View map**

**Guests**

Response & Resolutions - organizer
norah.joseph1993@gmail.com

**View all guest info**

**Reply** for norah.joseph1993@gmail.com

( Yes )  ( No )  ( Maybe )    ( More options )

Case 4:24-cv-02655-HTRR   Document 66-2   Filed 09/25/24   Page 20 of 35

 Gmail

**Norah Joseph <norah.joseph1993@gmail.com>**

---

# Response Required - Feedback from school partner

2 messages

---

**Heather (Support)** <rrt@swingeducation.com>                     Wed, Mar 20, 2024 at 6:20 PM
Reply-To: Support <rrt@swingeducation.com>
To: Noora Alsariaa <norah.joseph1993@gmail.com>

 **Heather** (Swing Education)

Hello Noora,

I am writing to inform you that we received feedback from Brooklyn Ascend Lower School about a recent sub request on 3/19/2024. The feedback provided was that
you reached out in an unprofessional manner in response to the request end time being changed from 3:30pm to 4:00pm.

The school district has asked that you not return to any of their Ascend campuses.

I'd like to follow up with you on this feedback and address your concerns with your Swing star status. You can click on this link to schedule a callback appointment directly on my calendar.

Thanks for your cooperation and I look forward to speaking with you soon.

Sincerely,
Heather
Response & Resolutions Team
Swing Education

Case 4:24-cv-07265-HSG   Document 66-2   Filed 09/25/26   Page 21 of 35

[Z33MVV-5292W]

**Norah Joseph** <norah.joseph1993@gmail.com>                    Wed, Mar 20, 2024 at 6:41 PM
To: Support <rrt@swingeducation.com>

Hi Heather

I just scheduled phone call tomorrow at 3 pm, please call me around 3:10 pm.
Today, I wrote to the same school an email asking for apology after changing the time after work. Yesterday I finished my day at 3:30 pm but I arrived home at 4:45 I received notification scheduled change to 4 pm! That is why I wrote the email! Attached screen shot

Talk to you soon,

Thank you,
Noora alsariaa

[Quoted text hidden]



**Screenshot_20240320-183609_Gmail.jpg**
801K

Case 4:24-cv-00265-ATHRR   Document 66-2   Filed 09/25/24   Page 22 of 35

4/6/24, 7:35 PM



**Norah Joseph <norah.joseph1993@gmail.com>**

# Response Required - Feedback from school partner
2 messages

**Heather (Support)** <rrt@swingeducation.com>                      Wed, Mar 20, 2024 at 6:20 PM
Reply-To: Support <rrt@swingeducation.com>
To: Noora Alsariaa <norah.joseph1993@gmail.com>

   **Heather** (Swing Education)

Hello Noora,

I am writing to inform you that we received feedback from Brooklyn Ascend Lower School about a recent sub request on 3/19/2024. The feedback provided was that
you reached out in an unprofessional manner in response to the request end time being changed from 3:30pm to 4:00pm.

The school district has asked that you not return to any of their Ascend campuses.

I'd like to follow up with you on this feedback and address your concerns with your Swing star status. You can click on this link to schedule a callback appointment directly on my calendar.

Thanks for your cooperation and I look forward to speaking with you soon.

Sincerely,
Heather
Response & Resolutions Team
Swing Education

Case 4:24-cv-07265-A-HRR   Document 66-2   Filed 09/25/24   Page 23 of 35

4/6/24, 7:35 PM

[Z33MVV-5292W]

**Norah Joseph** <norah.joseph1993@gmail.com>                    Wed, Mar 20, 2024 at 6:41 PM
To: Support <rrt@swingeducation.com>

Hi Heather

I just scheduled phone call tomorrow at 3 pm, please call me around 3:10 pm.
Today, I wrote to the same school an email asking for apology after changing the time after work. Yesterday I finished my day at 3:30 pm but I arrived home at 4:45 I received notification scheduled change to 4 pm! That is why I wrote the email! Attached screen shot

Talk to you soon,

Thank you,
Noora alsariaa

[Quoted text hidden]



**Screenshot_20240320-183609_Gmail.jpg**
801K



**M Gmail**

Norah Joseph <norah.joseph1993@gmail.com>

# [Swing Education] Re: Conversation with Noora Alsariaa
1 message

**Swing Education** <support@swingeducation.com>                    Tue, Mar 19, 2024 at 5:35 PM
Reply-To: Swing Education <support@swingeducation.com>
To: Noora Alsariaa <norah.joseph1993@gmail.com>

**System** (Swing Education)

(13:57:08) Swing Support Bot: Hi there. I'm Support Bot. Feel free to ask me a question.

(13:57:20) Web User 65f9fc22ec3a86f4891bdf61: Chat

(13:57:22) Swing Support Bot: Great. Please fill out the form to get started.

(13:57:24) Swing Support Bot:

(13:57:29) Web User 65f9fc22ec3a86f4891bdf61: Time changes

(13:57:30) Swing Support Bot: It sounds like you have a timesheet question.

Please review our comprehensive video tutorial and/or our ADP timesheet tips for guidance.

If you missed the deadline, please make a copy of our manual timesheet and email a PDF copy
payroll@swingeducation.com.

Timesheet Tutorial https://www.loom.com/share/5966d4fdd5844660b29f9354e7d43a4f?sid=5bf61d4c-
c04d-4abb-b322-74838e3ee9de
Timesheet Tips https://support.swingeducation.com/hc/en-us/articles/1500006425562-Our-Team-s-
Top-ADP-Timesheet-Tips
Manual Timesheet https://docs.google.com/spreadsheets/d/1FUsTJYiaje1jN9pp4LJP6SkTnUE6d
JT6fUwEC0M3VMM/edit#gid=0

(13:57:32) Swing Support Bot: Here are also some pro tips!

A CELL IS RED, I WORKED AT TWO SCHOOLS IN ONE DAY, WHAT DOES UNSCHEDULED
MEAN, I'M GETTING A ERROR FOR DUPLICATIVE PUNCHES, I NEED A MANUAL TIMESHEET

(13:57:48) Web User 65f9fc22ec3a86f4891bdf61: I need to chat

(13:57:50) Swing Support Bot: No problem. I will transfer you to someone on our support team.

(13:57:51) Swing Support Bot:

(13:58:00) Web User 65f9fc22ec3a86f4891bdf61: Select Your Role: Swing Substitute

Name: Noora Alsariaa

Email: norah.joseph1993@gmail.com

(13:58:02) Swing Support Bot: We will get to you as soon as we can. While you wait please let us know how we can help.

(14:00:03) Jasell : Hello, Thank you for reaching out to Swing Support!

(14:00:58) Noora Alsariaa: My today assignment was from 7:45 am until 3:30 pm, on my last hour one of school principal came to give me dismissal sheet start at 3:35 pm, I showed him my assignment time, he said that is wrong. I will reach you instution

(14:01:47) Noora Alsariaa: I was with 5 more sub teachers all of them time the sake 7:45 _3:30

(14:02:03) Noora Alsariaa: I left at 3:30 with other sub

(14:02:24) Noora Alsariaa: I just received notification your time changed until 4 pm

(14:02:31) Noora Alsariaa: Are you serious?

(14:02:40) Noora Alsariaa: Why Swing accepted it?

(14:02:52) Jasell : One moment please while I pull up your account.

(14:03:10) Noora Alsariaa: Now it changes

(14:03:25) Noora Alsariaa: But IT WAS UNTIL 3:30

(14:04:30) Noora Alsariaa: Changing time after assignments to make problems

(14:04:57) Jasell : Just to clarify, you worked until 3:30 pm today at Ascend - Brooklyn Ascend Lower School?

(14:05:04) Noora Alsariaa: Yes

(14:05:12) Noora Alsariaa: As i was assigned

(14:05:22) Noora Alsariaa: Follow the assignment

(14:05:24) Noora Alsariaa: Time

(14:05:48) Noora Alsariaa: Left home I received notication your assignments changed to 4 pm!!

(14:06:07) Noora Alsariaa: The notification received at 4:45

(14:06:31) Noora Alsariaa: I am just wonder of the school left bad feedback about time?

(14:06:42) Noora Alsariaa: And why Swing accepted it?

(14:07:07) Jasell : I do not see any negative feedback left for this request.

(14:07:12) Noora Alsariaa: I was with 5 more teachers today all of us time the same

(14:07:22) Noora Alsariaa: Why this discrimination

(14:07:48) Noora Alsariaa: Why Swing the change after school time?

(14:07:59) Noora Alsariaa: Accept it

(14:08:49) Jasell : I can assure you that there is no discrimination happening here. I am unsure why the time was edited but can definitely look into this for you.

(14:09:15) Noora Alsariaa: That is why I am here.

(14:09:25) Noora Alsariaa: This school must hold accountable

(14:09:35) Noora Alsariaa: There is discrimination

Case 4:24-cv-02765-ATHUR   Document 66-2   Filed 09/25/24   Page 26 of 35

(14:10:18) Jasell : Can you please explain what discrimination has happened?

(14:10:26) Noora Alsariaa: It is insence received notification your time changed after the day already done. I received the notification at 4:45 pm

(14:10:44) Noora Alsariaa: Why my time changed?

(14:11:00) Noora Alsariaa: After leaving the school on time

(14:11:21) Jasell : That is not discrimination. My only thought is the school wants to ensure that you are paid accurately for the hours that you worked today.

(14:11:25) Noora Alsariaa: I left at 3:30 with other teachers

(14:11:50) Noora Alsariaa uploaded: 20240319_152738.jpg

URL: https://swingedu.zendesk.com/sc/attachments/conversations/65f9fc22ec3a86f4891bdf82/bl9pGc9zd3moxcMY-ZuNyOQd/20240319_152738.jpg

Type: image/jpeg

Size: 2176059

(14:12:01) Jasell : There is no negative feedback left by this school. I will be sure to update your hours to show you left at 3:30 pm.  Please let me know if you have any further questions and I would be happy to help.

(14:12:01) Noora Alsariaa: Please have a look at time in and out

(14:12:29) Noora Alsariaa: There is discrimination

(14:13:19) Jasell : There is no check out time by you included on this sheet.

(14:13:46) Jasell : There is no discrimination happening in this situation.

(14:14:31) Jasell : I have edited your request to reflect that you left at 3:30 pm. Is there anything else that I can assist with today?

(14:16:31) Noora Alsariaa: Sonja Jones, asked for me earlier and said it was incidents stidrnt over other, then in 3D, I said my assignment was in 3B, then she said sorry. But the way she called me, was rude, then it was for other teachers problem not mine. Now the time

(14:16:55) Noora Alsariaa: I was a request to the school why they treated me like that?

(14:17:33) Jasell : It sounds like there was a mixup with assignments. As you may know, schools' needs can change very rapidly and it is not uncommon for them to cancel or rearrange their sub plans last minute. They appreciate your flexibility.

(14:17:39) Noora Alsariaa: These two things is not accidentally happening

(14:18:01) Noora Alsariaa: I didn't get cancel

(14:18:23) Noora Alsariaa: I didn't get cancel

(14:18:32) Noora Alsariaa: Where did I say cancel?

(14:19:51) Noora Alsariaa: I said, Ms. Jonse, accidentally called me, then apologized today, and It was problems with different teachers. Then they changed my time

(14:19:51) Jasell : I did not say that you did cancel. I was suggesting that canceling or rearranging can often happen.

(14:20:01) Noora Alsariaa: And Swing accepted

(14:20:31) Noora Alsariaa: Why accepted change my time after school

(14:20:57) Jasell : I am sorry to hear that you feel this way and definitely hear you. I have edited your request to reflect the time that you left so this issue has now been resolved. Is there anything else that I can help you with?

(14:21:09) Noora Alsariaa: There is nothing in history of assignments accepted change in time after the day finished

(14:21:55) Noora Alsariaa: I want a request to the school about this behavior?

(14:22:21) Noora Alsariaa: They are discriminated against me

(14:22:29) Jasell : You can submit your feedback through email to support@swingeducation.com.

(14:22:38) Noora Alsariaa: I did already

(14:23:06) Jasell : Wonderful!

(14:23:32) Noora Alsariaa: But even though Swing accepted time is not a rights

(14:23:49) Noora Alsariaa: Change time after the assignment already accomplished

(14:23:55) Noora Alsariaa: Please read it

(14:24:10) Noora Alsariaa: My assignment was accomplished

(14:24:32) Jasell : It seems that there must have been a miscommunication, but not to worry you are all set as the time has been edited back to the time you left.

(14:24:51) Jasell : I hope you have a positive experience at your next assignment.

(14:25:10) Jasell : Our team will follow up on your email that was sent in regarding your feedback.

(14:25:13) Noora Alsariaa: Okay, thank you

(14:25:22) Jasell : Of course. I hope you have a wonderful day.

(14:25:29) Noora Alsariaa: You too

[0GGZ69-NLNKX]

 **Gmail**

Norah Joseph <norah.joseph1993@gmail.com>

---

# [Swing Education] Re: Conversation with Noora Alsariaa
2 messages

---

**Swing Education** <support@swingeducation.com>                    Thu, Mar 21, 2024 at 4:55 PM
Reply-To: Swing Education <support@swingeducation.com>
To: Noora Alsariaa <norah.joseph1993@gmail.com>

  **System** (Swing Education)

(13:42:12) Swing Support Bot: Hi there. I'm Support Bot. Feel free to ask me a question.

(13:42:16) Web User 65fc9ba2729bc71bc4dff284: Hi

(13:42:18) Swing Support Bot: I'm sorry. I didn't get that. Could you tell me more or rephrase your question?

(13:42:23) Web User 65fc9ba2729bc71bc4dff284: I want chat

(13:42:24) Swing Support Bot: No problem. I will transfer you to someone on our support team.

(13:42:26) Swing Support Bot:

(13:42:36) Web User 65fc9ba2729bc71bc4dff284: Select Your Role: Swing Substitute
Name: Noora Alsariaa
Email: norah.joseph1993@gmail.com

(13:42:38) Swing Support Bot: We will get to you as soon as we can. While you wait please let us know how we can help.

(13:43:40) Chris: Hey Noora!

(13:43:42) Chris: Happy to chat

(13:43:46) Chris: How can I help you out today?

(13:44:02) Noora Alsariaa: Hi Chris

(13:44:13) Noora Alsariaa: Good to see you

(13:44:17) Noora Alsariaa: I had good experience today and yesterday with Amber schools, but my assignments for next week, just canceled. Why?

(13:44:37) Noora Alsariaa: They thanks me a lot today

(13:44:45) Chris: Pleasures all mine! And let me check, it could be for a number of reasons

(13:45:05) Noora Alsariaa: It is single days

(13:45:16) Noora Alsariaa: I was confirmed

(13:45:31) Noora Alsariaa: I should get paid

(13:45:42) Noora Alsariaa: After 30 minutes

(13:46:25) Noora Alsariaa: Amber Kingsbridge was two days and one in East Harlem

(13:47:13) Noora Alsariaa: They thanks me a lot and want me back. Why they canceled?

(13:47:16) Chris: Happy to look into this. Just to confirm, the request was canceled for today?

(13:47:43) Noora Alsariaa: Monday 25, Wednesday 27 Amber Kingsbridge

(13:48:03) Noora Alsariaa: And April 18 Amber East Harlm

(13:48:37) Chris: Thanks for the info! Let me go look

(13:49:05) Chris: I would like to clarify that because these requests were canceled with more than a 24 hour notice, they would not qualify for a cancelation payment

(13:49:31) Chris: However, I'm happy to look into the reason as to why

(13:49:37) Chris: they cancelled the requests

(13:49:38) Noora Alsariaa: Okay

(13:49:43) Chris: One moment as I pull this info up

(13:49:57) Chris: In the meantime, you can review our cancelation policy here: What is the Policy for Cancellations? (https://support.swingeducation.com/hc/en-us/articles/115005318228-What-is-the-Policy-for-Cancellations-)

(13:52:05) Chris: Thanks for waiting Noora, it looks like the admin ultimately decided it wasn't a good fit due to classroom management and canceled future requests.

(13:52:44) Noora Alsariaa: That is true, because today the teacher loves my work

(13:52:54) Noora Alsariaa: Ms. Lissat

(13:53:00) Noora Alsariaa: And yesterday too

(13:53:01) Chris: I completely understand that but that's what we received from the school

(13:53:22) Chris: We do appreciate all your hard work and are glad to hear you got along with the teacher

(13:53:32) Noora Alsariaa: Thank you

(13:53:40) Chris: And you're still more than welcome to accept any other sub requests that become available on the platform.

(13:54:04) Chris: If we get any additional feedback from the school, we'll be sure to have our Response and Resolutions team follow up with you directly over email

(13:54:12) Noora Alsariaa: Thank you Chris

(13:54:30) Noora Alsariaa: I have no further questions

(13:55:09) Noora Alsariaa: Bye

(13:55:24) Chris: Of course! Thank you for reaching out

(13:55:28) Chris: I hope you have a great day!

(13:55:38) Chris: Happy Thursday! Closing the chat now.

Case 4:24-cv-07265-HJR   Document 66-2   Filed 09/25/24   Page 30 of 35

[P3MY4V-KM1PL]

---

**Swing Education** <support@swingeducation.com>                    Thu, Mar 21, 2024 at 5:06 PM
To: norah.joseph1993@gmail.com

You have **2 new messages** from Chris. To continue the conversation, reply to this email or return to Swing Education.

[P3MY4V–KM1PL]

**Chris**

I hope you have a great day!



Happy Thursday! Closing the chat now.

---



Norah Joseph &lt;norah.joseph1993@gmail.com&gt;

# Illegal acts

1 message

---

**Norah Joseph** &lt;norah.joseph1993@gmail.com&gt;      Wed, Mar 20, 2024 at 9:26 AM
To: sonja.jones@ascendlearning.org

---

Hi Sonja,

This is an official email regarding illegal act your school (you and principal team) did yesterday.
I was assigned with 5 more substitute teachers. Our time 7:45-3:30 pm.
One of your teamwork came at 3:15 pm saying you have to dismiss the students at 3:35 and he insisted,  but after show him my schedule he said it is not true! He didn't do that with other teachers.
Then when I left on time at 3:30 pm like the other teachers, your school sent a request to my institution asked for change the assignment time, to 4 pm. I talked with Swing and they knew it is right to edit time after the assignment accomplished.
It is illegal changing the contract after assignment accomplished. According to the law us is scam in order to cause me a trouble.
You have no right to change the time after I accept the assignment time as scheduled and in the last minute.
Answer my question now: why only with me? And why you came to me earlier asked for problem happened in different class?
 I don't understand the disrespect and rude dealing with me.
Explain, in response. I am going to find out anyway but in order to settle you have to write an apology letter and send it to Swing today.
I will give two days, then I have different platforms to hold you accountable. Department of education, community service, other investigation offices.
Your school poor service leave the students 3 hours without any plan, ask sub teacher to dismiss students without knowing about students grown up, mess up school and in top of that you asked me to do duties out of my time which it is illegally.
Explain, and apologize.

Best
Noora alsariaa

Case 1:24-cv-07265-AT-HRR    Document 61-2    Filed 09/25/24    Page 32 of 35

 **U.S. Equal Employment Opportunity Commission**

# Retaliation

## Retaliation: Considerations for Federal Agency Managers

Retaliation is the most frequently alleged basis of discrimination in the federal sector and the most common discrimination finding in federal sector cases. As EEOC works to address this issue, **you can help**.

**Learn more** about what constitutes retaliation, why it happens, and how to prevent it. Written by EEOC staff, **this article (https://www.eeoc.gov/retaliation-making-it-personal)** ran in the summer 2015 issue of *The Federal Manager*.

The EEO laws prohibit punishing job applicants or employees for asserting their rights to be free from employment discrimination including harassment. Asserting these EEO rights is called "protected activity," and it can take many forms. For example, it is unlawful to retaliate against applicants or employees for:

- filing or being a witness in an EEO charge, complaint, investigation, or lawsuit

- communicating with a supervisor or manager about employment discrimination, including harassment

- answering questions during an employer investigation of alleged harassment

- refusing to follow orders that would result in discrimination

- resisting sexual advances, or intervening to protect others

- requesting accommodation of a disability or for a religious practice

- asking managers or co-workers about salary information to uncover potentially discriminatory wages.

Participating in a complaint process is protected from retaliation under all circumstances. Other acts to oppose discrimination are protected as long as the employee was acting on a reasonable belief that something in the workplace may violate EEO laws, even if he or she did not use legal terminology to describe it.

Engaging in EEO activity, however, does not shield an employee from all discipline or discharge. Employers are free to discipline or terminate workers if motivated by *non-retaliatory and non-discriminatory* reasons that would otherwise result in such consequences.  However, an employer is not allowed to do anything in response to EEO activity that would discourage someone from resisting or complaining about future discrimination.

For example, depending on the facts, it could be retaliation if an employer acts because of the employee's EEO activity to:

- reprimand the employee or give a performance evaluation that is lower than it should be;

- transfer the employee to a less desirable position;

- engage in verbal or physical abuse;

- threaten to make, or actually make reports to authorities (such as reporting immigration status or contacting the police);

- increase scrutiny;

- spread false rumors, treat a family member negatively (for example, cancel a contract with the person's spouse); or

- make the person's work more difficult (for example, punishing an employee for an EEO complaint by purposefully changing his work schedule to conflict with family responsibilities).

For more information, see ***Questions and Answers: Enforcement Guidance on Retaliation and Related Issues* (https://www.eeoc.gov/questions-and-answers-enforcement-guidance-retaliation-and-related-issues)** .



