# Exhibit B

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Ms. Noora Dhafir AlSariaa
_____

_____

Write the full name of each plaintiff.

-against-

Ascend Charter Schools and Amber Charter
_____

School Kingsbridge
_____

_____

Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

1:24 ___ CV ___ 07265-AT-HJR ___

(Include case number if one has been
assigned)

Do you want a jury trial?

☐ Yes    ☒ No

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with
the court should therefore *not* contain: an individual's full social security number or full birth
date; the full name of a person known to be a minor; or a complete financial account number. A
filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule
of Civil Procedure 5.2.

Rev. 3/24/17

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Noora | D | AlSariaa |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 4527 W 193rd St | | |
|---|---|---|
| Street Address | | |

| Cuyahoga, Cleveland | Oh | 44135 |
|---|---|---|
| County, City | State | Zip Code |

| 646-407-8561 | noora.imun@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:

| Ascend Charter Schools | | |
|---|---|---|
| Name | | |
| 205 Rockaway PKWY 6TH Floor | | |
| Address where defendant may be served | | |
| Kings,Brooklyn | NY | 11212 |
| County, City | State | Zip Code |

Defendant 2:

| Amber Charter School Kingsbridge | | |
|---|---|---|
| Name | | |
| 3120 Corlear Ave | | |
| Address where defendant may be served | | |
| Bronx | NY | 10463 |
| County, City | State | Zip Code |

Page 2

Defendant 3:

_____

Name

_____

Address where defendant may be served

_____

County, City                State              Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

Ascend Charter Schools  address: 205 Rockaway Pkwy 6th FL

Name

Address

Kings, Brooklyn                  NY                 11212

County, City                  State              Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☒  **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐  race:          _____

☐  color:         _____

☐  religion:      _____

☐  sex:           _____

☒  national origin:   Iraqi

☒ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is:   Arabic/ Iraqi

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year:

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is:

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is:

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B.  Other Claims

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☒ Other (may include other relevant federal, state, city, or county law):
anti-retaliation provision: 42 U.S.C. § 2000e-3(a) of civil act 1964
And U.S code 28- 14101

Page 4

## IV.   STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☒ did not hire me

- ☒ terminated my employment

- ☐ did not promote me

- ☐ did not accommodate my disability

- ☐ provided me with terms and conditions of employment different from those of similar employees

- ☒ retaliated against me

- ☒ harassed me or created a hostile work environment

- ☒ other (specify): Defamation retatiation among other charter schools in New York City

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

On March 20, 2024, the Defendant Ascend charter schools made a decision terminated all future work opportunities from All Ascend Charter Schools after months of work with hostility environment includes false accusation, verbal abused of school staff, and changed my worked schedule after finish my workday on March 19,2024, which I complained about it. The decision of terminated my future work as substitute teacher with Amber Charter schools within day and two on March 21-22, 2024, after receiving defamatory job reference from Ascend charter schools. The reason is becuase my national origin "my name", "my accent", "my language" and it is also retaliation. The ascend schools practice discrimination in two different locations in brooklyn. Please continue reading my complain in Exhibited attached

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.   ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

    ☒   Yes (Please attach a copy of the charge to this complaint.)

        When did you file your charge?   created 04/06/2024 modified 07/22/2024

    ☐   No

Have you received a Notice of Right to Sue from the EEOC?

    ☒   Yes (Please attach a copy of the Notice of Right to Sue.)

        What is the date on the Notice?   09/20/2024

        When did you receive the Notice?   09/20/2024

    ☐   No

## VI.   RELIEF

The relief I want the court to order is (check only those that apply):

    ☐   direct the defendant to hire me

    ☐   direct the defendant to re-employ me

    ☐   direct the defendant to promote me

    ☐   direct the defendant to reasonably accommodate my religion

    ☐   direct the defendant to reasonably accommodate my disability

    ☒   direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

Compensation for losing teaching opportunities in New York city and made move to Ohio. Compensation for damaging my reputation among other schools in New York City. Reveal the names and entities who is behind urging the schools to create hate environment because my Arabic background.

Page 6

## VII.   PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that:
(1) the complaint is not being presented for an improper purpose (such as to harass,
cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are
supported by existing law or by a nonfrivolous argument to change existing law; (3) the
factual contentions have evidentiary support or, if specifically so identified, will likely
have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Federal
Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I
understand that my failure to keep a current address on file with the Clerk's Office may
result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to
proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 03/26/2026 | | "/s/ Noora" | |
|---|---|---|---|
| Dated | | Plaintiff's Signature | |
| Noora | D | AlSariaa | |
| First Name | Middle Initial | Last Name | |
| 4527 W 193rd St. | | | |
| Street Address | | | |
| Cuyahoga, Cleveland | | Ohio | 44135 |
| County, City | | State | Zip Code |
| 646-407-8561 | | noora.imun@gmail.com | |
| Telephone Number | | Email Address (if available) | |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your
complaint. If you do not consent, please do not attach the form.

Page 7



United States District Court
Southern District of New York

## Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

### IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

AlSariaa v. Ascend Charter Schools and Amber Charter School Kingsbridge
1:24-cv-07265-AT-HJR

AlSariaa, Noora, D.

Name (Last, First, MI)

| | 4527 W 193rd St. Cleveland | Oh | 44135 |
|---|---|---|---|
| Address | City | State | Zip Code |

| 646-407-8561 | | noora.imun@gmail.com | |
|---|---|---|---|
| Telephone Number | | E-mail Address | |

| 03/26/2026 | | "/s/ Noora" | |
|---|---|---|---|
| Date | | Signature | |

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

# Exhibited

# Extension to Amended complaint Form

# for the Case: AlSariaa v. Ascend Charter Schools and Amber Charter school Kingsbridge

# Case #1:24-cv-07265(AT)(HJR)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**NOORA D. ALSARIAA**
      **Plaintiff,**                            **Case No.: 24-cv-07265 (AT)(HJR)**

      **-against-**

**ASCEND CHARTER SCHOOLS and**
**AMBER CHARTER SCHOOL KINGSBRIDGE**

      **Defendants.**

## Facts inference of Discrimination:

As mentioned in my EEOC charger "Form 5" (attached) the Defendant Ascend Charter schools last day of discrimination incident act contacted on March 20, 2024, with Ascend branch on 205 Rockaway, however, this is not the first time Ascend school conducted unlawful discrimination against me because Ascend school in Canarsie/Brooklyn staff (Ms. Maurice/ the assistance principal) assaulted me in front of the staff and students on November 3rd/ 2023. The verbal abuse (screaming on me) made the students crying and the staff stun from her loud and disrespectful treatment toward me. On that day, I went to her with a question, why my handbag and my coat removed from the desk in the classroom where I was assigned to be when the staff told me "the office moved you"?, also before that within three days I relocated with 3 different among different classrooms each time I was told to be there for entire assignments. Without any complain about my teaching performance. Ms. Maurice sent feedback complained "why I asked her to apologize via text after the school day? It is like I deserve her assault and I should be quiet. All that happened because my background and they were aware about my national origin.

After this incident, I was afraid from the false accusation, bad treatment, isolation, pick up on Arabic speakers and accent with these particular schools however Ascend schools are large partner with my employer and it within the area where I used to live in Brooklyn. But it is clearly the discrimination "treated less than human" because my national origin because I didn't witness it with other teachers.

On March 19, 2024, I was assigned to work with Ascend Charter School/ Elementary, located in Rockaway/ Brooklyn. The assignment schedule to work from 7:45 am to 3:30 pm. I arrived in the morning at 7:30 am and I received the day schedule (Attached) schedule indicated the assignment of the day ended at 3:30 p.m. There were more than 5 sub teachers in break room, also paraprofessional and other staff.
**"First hostility treatment" "False accusation"**
Earlier of the day at 11:40 am after my first period in room (312) for first grade (1B), Ms. Sonja came to the break room in front of other teachers asked in rage tone, said "who is Ms. A" (Me)? come to the office", I went. She was with other school principals. She said (we had students' problem "students fight", during lunch time with you "she named one of the classes", I said "I

don't have lunch duties, and I did cover science with first grade. The schools' principals were ready to investigate and made big problem and they didn't apologize on calling wrong way.

On my last period with fourth grade from 12:15 to 3:30 pm, and after I left with 4B class in room (502) alone without any plan or lesson plan, only Ms. Sonja showed up for two minutes asked to put movie on, I told her "I asked students to be on their computers so they can complete unfinsh tasks" she said okay and left.

**Second "Verbally abused in the classroom"**
Then by the end of day at 3:15 pm, one of the school principals came with a list of dismissal list of student's families (grown up) for pick up and he said in angry loud voice in front of students "this is the list for dismissal, and it starts at 3:35 pm), I said my assignment time to 3:30 pm like other sub teachers for today and he said "No, it is until 4 pm" and I showed him my schedule and assignment on phone and on paper, he said "there is wrong and I will correct it now", **I didn't argue** again because we were inside the classroom, **I said okay then he left**. And I didn't receive any notification for correction before 3:30 pm. I saw the other Sub Mr. Samedi leaving and waved to me to leave and two others sub teachers. Then the fourth-grade classroom teacher came and took the dismissal paper and told "**you can go home" at 3:30 pm**. In the lobby I asked the other substitute teachers (Theo Valerie and Ms.Walker) and I asked them, (did anyone from school principals asked you to stay over time? They said No!). I singed out at 3:30 pm in principal's office (attached picture).

After I left and arrived home and at 4:45-5 pm, I received notification your assignment date change to 4 pm. I reached out to my agency (Swing) and chat with support team (Jasell) (attached) I complained about discrimination not with other teachers and scam the time and it is illegal because agreement until 3:30 and my assignment accomplished. The agent reversed the time as it was agreed upon.
Next Day March 20, 2024, I sent an email to Ms. Sonja asked why this illegal changed agreement time with me. (attached) and the false accusation. However, the decision was already made to remove my name from all Ascend charter schools. in the break room, the conversation was how bad Arabic language (the last language can anybody speak) and how bad Arab countries and Ms. Walker descried Emiratis "Dubai" worse among world cities. This conversation happened from 11:40-12:15 pm I strongly believe third party involved in order to case me all this problem.  So, they tried to create problem with classroom management earlier, but it didn't work, so they changed the schedule time after work in order to say she left earlier to fire me, the decision of get me fire was made even before my email was sent to the scholl principal.

Elaboration on **Adverse Employment Action**s have taken by the Defendants Ascend Charters Schools and Amber Charter school:

<u>**First:**</u> "**did not hire me" and terminated my employment**":  the Defendant Ascend charter decision on March 20, 2024, removed my name from all Ascend Schools. The Defendant

"Deprived" my employment opportunities with Ascend schools which was important part of my continuous jobs with the (17) Ascend schools in Brooklyn/NY "where I used to live" and contributed to %40 of my work history since I joined Swing Education (my employer) in October 2023, also and terminated my employment opportunity with other Chater schools likewise with second Defendant "Amber Charter school Kingsbridge" when cancellation of my future confirmed assignment occurred, which its unlawful act according to the Civil Right Law of 1964, this law holds the employer who discriminate accountable for unlawful Sec. 703. Discrimination because of race, color, religion, sex, or national origin (a) it shall be an unlawful employment practice for an employer (2) "to limit, segregate, or classify its membership, or to classify or fail or refuse to refer for employment any individual, in any way which would deprive or tend to deprive any individual of **employment opportunities**, or would limit such employment opportunities or otherwise adversely affect his status as an employee or as an applicant for employment"

**Second: "Retaliation against me" and Defamation retaliation among charter schools":**

**The legal standards: (Retaliation against me)**

 First Defendant Ascend charter schools: the anti-retaliation provision of Title VII of civil rights act 1964, 42 U.S.C. $ 2000e-3(a) prohibited the employer from taken "materially adverse actions" against an employee for engaging in protected activity. And according to EEOC law and I quote "The EEO laws prohibit punishing job applicants or employees for asserting their rights to be free from employment discrimination including harassment.  Asserting these EEO rights is called "protected activity," and it can take many forms.  For example, it is unlawful to retaliate against applicants or employees for: communicating with a supervisor or manager about employment discrimination, including harassment, refusing to follow orders that would result in discrimination" (attached).

 The court case example was given "complaining to management about discrimination against oneself or coworkers" in case *Aman v. Cort Furniture Rental Corp.*, 85 F.3d 1074, 1085 (3d Cir. 1996) (holding that *complaining* about discrimination against coworkers and refusing to fulfill employer's request to gather derogatory information about those who complained was protected opposition).
And in my case complaining via email to the school principal "Sonja Jones" regarding discrimination by change my schedule at 5 pm after school dismissal 3:30 pm and complained about earlier false accusation. Instead, this branch of ascend school (the Defendant) took material adverse acts by cancel all future work opportunities with all Ascend schools. And they sent feedback to Swing Education (their partner and my employer) that and I quote "she didn't finish her workday, and she emailed the principal complaining which was unprofessional". While I was **actually dismissed by the classroom teacher** and my schedule changed after an hour and half after the workday.

**The legal standards of "Defamation retaliation of both Defendants Ascend and Amber Kingsbridge charter schools: "**
In Burlington Northern & Santa Fe Railway Co. v. White (2006), **the Supreme Court** held that retaliatory actions, such as spreading false rumors or **providing defamatory job references,** can

violate Title VII even if they **occur outside the workplace**. The ruling establishes that employer actions constitute unlawful retaliation if they are **materially adverse** and would dissuade a reasonable worker from pursuing a discrimination claim, with examples including the filing of false criminal charges or public disparagement**.** And the EEOC recognize that "materially adverse actions" include post-employment conduct, such as **providing a false, negative job reference** or filing a retaliatory defamation lawsuit against a former employee**.** For example, depending on the facts, it could be retaliation if an employer acts because of the employee's EEO activity to: "spread false rumors, treat a family member negatively (for example, cancel a contract with the person's spouse)"

And in case,

A. "Materially Adverse" when the Defendant Ascend Charter school spread and provided defamatory job references (**Mismanagement to the classrooms)** to Amber Chater schools and Grow up Green Chater school.
B. "Publication" statement calls to Chater schools includes to Amber Chater schools and Grow up Green Chater school, with less than two days from terminate all my future opportunities with Ascend schools on March 19, 2023 when discrimination and retaliation decision made by Ascend followed immediately on March 21-22, 2023 Amber decision.

C. "Fault" when Amber terminates my confirmed and future work opportunities with negligence to my actual teaching preference with co-workers' teachers in opposite to Grow up Green school didn't consider the defamatory reference from Ascend. Both employers act (Ascend and Amber) is materially Adverse.

D. "Harm/ Damages" lost my job, narrow my opportunities for future assignments and damage my career reputation.

**Details:**

On the same week after Tuesday March 19, 2023,workday with Ascend I had three more days assignments: On Wednesday March 20, I had "Amber Charter School East Harlem" location in "220 E 106th St, New York, NY 10029" I was assigned with Ms. Claudia for 1st grade, but I noticed Ms. Claudia had different attuited with me at that day than the earlier once on Monday of the same week March 18 when I covered with her couple hours when she appreciated my work. On Thursday March 21, my assignment was with "Amber Charter school Kingsbridge" location in "3120 Corlear Ave, Bronx, NY 10463" I worked with Ms. Lissat or (Lizzat) for Kindergarten and the teacher likes my work and my support to her classroom day. I was with her until the last minutes to dismiss the students and she thanks me a lot and we talked about next week assignments because I had accepted two more days for kindergarten next week (March 25- March 27/2024).
However, at 3:30 pm after finished my day I received cancellation notification to my future assignments with Amber schools in both locations. I opened chat with Swing (Chris) and I asked "why they cancelled me", he said "as they said because classroom management"

I said the co-teachers likes my work, but Swing encourages me to work with different schools and they didn't take negative action based on that, but I have only few charter schools left for work opportunities far from my home and it appeared later on "All charter schools received order to not accept me"

On Friday March 22, my assignment was with Growing Up Green/ Charter school Elementary location in 39-27 28th St Queens NY 11101. It was my normal assignment with this school because the principals value my hard work and professional dealing with my students and they wrote two good feedback about my work. But around afternoon the school received an order to create problem in order to remove me like other schools. So around 1 pm, one of staff receptions who sit in front desk, "there are two ladies one with white hair (Sarah) and the other staff who is short and black hair (Spanish speaker), so the other one grabbed one of my students who I sent to the bathroom, and she came into the gym where I was assigned and she said "why this girl has red eyes" she took her to the principal's office on the first floor, but the office asked her to leave the student with me and back to front desk.  The school practiced "security lockup" to reevaluate my performance and avoid discharge me "as Amber schools did" so the principal office took me with class inside the office during the security lockup and after the clearance the principals said to me "you are good teacher we know that".
It was obvious "Hustle Call to remove me" to Grow up Green school as well as to Amber Kingsbridge, however, the school principal "Ms. Maria Almeida" rushed to my class with cellphone on her ear looking for me then the minute before I left she, then fired me entirely without fundamental teaching problem.

Finally, On April 6th, 2024 I created and filed charge inquiry with EEOC against the Defendant and on April 14, 2024, three weeks after the discrimination act of the Defendant which made me lost a major scoop of work with other charter schools in New York City, I filed a complaint to New York State Division of Human Rights according to **NYSHRL** (attached) where complaint legal base is retaliation and national origin. The discrimination acts are the Defendant Ascend Chater schools removed me from all Charter schools by defamation/ slander), gave me different duties than other workers, and discriminatory (changed my workday schedule after finishing). The Defendants violated "New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297" which aims to eliminate discrimination and ensure equal opportunity in areas like employment.

Also, Under the federal law **42 U.S.C. §1981** which stated "individuals who have been subjected to discrimination based on **race or ethnicity** can make a discrimination claim. Specifically, Section 1981 protects against racial discrimination in the making and **enforcement of contracts,** Employment discrimination: Employees who believe they have been discriminated against based on race in the workplace, whether in hiring, promotion, or other employment-related decisions, may bring a discrimination claim under Section 1981, and right to bring private lawsuits:

**"/s/ Noora"**

**Plaintiff Noora AlSariaa**

**03/26/2026**

**CHARGE NUMBER**: 520-2024-04283

| Date | Event | Name |
|---|---|---|
| Thu Apr 17 17:13:16 EDT 2025 | FOIA Request 520-2025-010592 received. | Foia User |
| Thu Apr 17 16:53:18 EDT 2025 | Charging Party accessed closed charge. | Publicportal User |
| Sat Sep 28 23:04:25 EDT 2024 | Reminder email sent to Ascend Charter Schools at sonja.jones@ascendlearning.org that Closure Notice/NRTS document is available to download. | Arcapp User |
| Sat Sep 28 23:02:56 EDT 2024 | Reminder email sent to Ms. Noora D. Alsariaa at (b) (6), (b) (7)(C) that Closure Notice/NRTS document is available to download. | Arcapp User |
| Sat Sep 21 02:21:41 EDT 2024 | The Charging Party has Downloaded Document. Type: Charge of Discrimination, FileName:Sariaa Form 5.pdf | (b) (6), (b) (7)(C) |
| Sat Sep 21 02:20:18 EDT 2024 | The Charging Party has Downloaded Document. Type: Closure Notice/NRTS, FileName:2024-09-20 Closure Notice-NRTS 520-2024-04283.pdf | (b) (6), (b) (7)(C) |
| Fri Sep 20 14:30:09 EDT 2024 | Emailed Ascend Charter Schools at sonja.jones@ascendlearning.org that a new document is available to download. | Arcapp User |
| Fri Sep 20 14:30:08 EDT 2024 | Emailed Ms. Noora D. Alsariaa at (b) (6), (b) (7)(C) that a new document is available to download. | Arcapp User |
| Fri Sep 20 14:30:08 EDT 2024 | Closure Notice/NRTS (2024-09-20 Closure Notice-NRTS 520-2024-04283.pdf) released | DARLAN BASTIDAS |
| Fri Sep 20 14:29:02 EDT 2024 | Case status changed from Charge Filed to Charge Closed. | DARLAN BASTIDAS |
| Fri Sep 20 14:29:02 EDT 2024 | Charge has been closed with reason No Cause Finding with closure date 09/20/2024. | DARLAN BASTIDAS |
| Fri Sep 20 14:29:02 EDT 2024 | Closure Supervisor review approved. | DARLAN BASTIDAS |
| Fri Sep 20 14:27:34 EDT 2024 | Uploaded Document. Type: Closure Notice/NRTS, FileName:2024-09-20 Closure Notice-NRTS 520-2024-04283.pdf | DARLAN BASTIDAS |
| Fri Sep 20 14:26:40 EDT 2024 | Generated Document. Type: Closure Notice/NRTS, FileName:520-2024-04283_Closure Notice/NRTS.pdf | DARLAN BASTIDAS |
| Fri Sep 20 14:25:27 EDT 2024 | Assigned to DARLAN BASTIDAS for Supervisor Closure review | DARLAN BASTIDAS |

| Date | Event | Name |
|---|---|---|
| Fri Sep 20 14:25:18 EDT 2024 | Supporting Details for recommended charge closure added: CP raised allegations under Title VII - National Origin (Iraqi).<br><br>CP worked one day as a substitute teacher for R. CP claims she complained to R when her time assignment changed same-day, against her written contract. CP complained to her staffing agency that it was discrimination, but her staffing agency informed her they would correct the time and that this was not discriminatory.<br><br>CP provided chat transcripts to show the staffing agency handled this issue correctly. CP also reached out to the Principal for Respondent in an unprofessional manner accusing them of illegally changing the hours she is supposed to work. R did not report any issues of discharge until CP sent this email, at which time they notified her staffing agency she would not be welcomed back given her conduct.<br><br>CP also did not stay until 4pm which was asked of her and left at 3:30pm, so originally they had an issue with her because she ultimately left based | DARLAN BASTIDAS |
| Fri Sep 20 14:25:18 EDT 2024 | Charge recommended for No Cause Finding closure. | DARLAN BASTIDAS |
| Fri Sep 20 14:25:18 EDT 2024 | Respondent naicsCode added as 611110 | DARLAN BASTIDAS |
| Fri Sep 20 14:24:30 EDT 2024 | Title VII National Origin-Arab, Afghani or Middle-Eastern Terms/Conditions closed with No Cause Finding | DARLAN BASTIDAS |
| Fri Sep 20 14:24:30 EDT 2024 | Title VII National Origin-Arab, Afghani or Middle-Eastern Tenure closed with No Cause Finding | DARLAN BASTIDAS |
| Fri Sep 20 14:24:30 EDT 2024 | Title VII National Origin-Arab, Afghani or Middle-Eastern Assignment closed with No Cause Finding | DARLAN BASTIDAS |
| Fri Sep 20 14:24:30 EDT 2024 | Title VII National Origin-Arab, Afghani or Middle-Eastern Hiring closed with No Cause Finding | DARLAN BASTIDAS |
| Fri Sep 20 14:24:30 EDT 2024 | Title VII National Origin-Arab, Afghani or Middle-Eastern Discharge closed with No Cause Finding | DARLAN BASTIDAS |
| Fri Sep 20 14:24:06 EDT 2024 | Downloaded Document. Type: Internal Correspondence-Enforcement, FileName:2024-09-19 EEOC Form 291 Unsigned Alsariaa.docx | DARLAN BASTIDAS |

| Date | Event | Name |
|------|-------|------|
| Fri Sep 20 14:24:00 EDT 2024 | PCHP Supervisor review approved. | DARLAN BASTIDAS |
| Fri Sep 20 14:22:59 EDT 2024 | Downloaded Document. Type: Evidence Provided by Charging Party, FileName:Time sheet ascend 1.jpg | DARLAN BASTIDAS |
| Fri Sep 20 14:22:43 EDT 2024 | Downloaded Document. Type: Evidence Provided by Charging Party, FileName:witnesses-Charge 520-2024-04283.pdf | DARLAN BASTIDAS |
| Fri Sep 20 14:22:35 EDT 2024 | Downloaded Document. Type: Evidence Provided by Charging Party, FileName:24 2 work schedule of the day .jpg | DARLAN BASTIDAS |
| Fri Sep 20 14:19:26 EDT 2024 | Downloaded Document. Type: Evidence Provided by Charging Party, FileName:30pm .pdf | DARLAN BASTIDAS |
| Fri Sep 20 14:17:58 EDT 2024 | Downloaded Document. Type: Evidence Provided by Charging Party, FileName: Conversation with Noora Alsariaa.pdf | DARLAN BASTIDAS |
| Fri Sep 20 14:17:14 EDT 2024 | Downloaded Document. Type: Evidence Provided by Charging Party, FileName:Gmail - Response Required Ascend removal - Feedback from school partner.pdf | DARLAN BASTIDAS |
| Fri Sep 20 14:12:17 EDT 2024 | Downloaded Document. Type: Evidence Provided by Charging Party, FileName: Jasell Conversation with Noora Alsariaa.pdf | DARLAN BASTIDAS |
| Fri Sep 20 14:12:01 EDT 2024 | Downloaded Document. Type: Evidence Provided by Charging Party, FileName:complaint continued.pdf | DARLAN BASTIDAS |
| Thu Sep 19 15:42:14 EDT 2024 | Assigned to DARLAN BASTIDAS for Supervisor PCHP review | ANDREA REDDY |
| Thu Sep 19 15:42:00 EDT 2024 | (b) (5) | ANDREA REDDY |
| Thu Sep 19 15:41:55 EDT 2024 | Added DCP priority No DCP area currently identified to assessment | ANDREA REDDY |
| Thu Sep 19 15:41:55 EDT 2024 | (b) (5) | ANDREA REDDY |
| Thu Sep 19 15:41:55 EDT 2024 | Added TOPIC No Topic currently identified to assessment | ANDREA REDDY |
| Thu Sep 19 15:41:55 EDT 2024 | Added SEP priority No SEP area currently identified to assessment | ANDREA REDDY |
| Thu Sep 19 15:41:55 EDT 2024 | Added PCHP Category PCHP Assessment to assessment. | ANDREA REDDY |

| Date | Event | Name |
|---|---|---|
| Thu Sep 19 15:41:55 EDT 2024 | (b) (5) ███████████████████ CP worked 1 day for R as a substitute teacher. R asked her to stay past her scheduled time, but she declined and went home as she expected.<br><br>(b) (5) ████████████████████ | ANDREA REDDY |
| Thu Sep 19 15:41:55 EDT 2024 | (b) (5) ████████████████ | ANDREA REDDY |
| Thu Sep 19 15:38:50 EDT 2024 | Emailed Ascend Charter Schools at sonja.jones@ascendlearning.org that charge has been perfected | ANDREA REDDY |
| Thu Sep 19 15:38:49 EDT 2024 | Emailed Ascend Charter Schools at sonja.jones@ascendlearning.org that a new document is available to download. | Arcapp User |
| Thu Sep 19 15:38:49 EDT 2024 | Emailed Ms. Noora D. Alsariaa at (b) (6), (b) (7)(C) ████████ that charge has been Filed | ANDREA REDDY |
| Thu Sep 19 15:38:49 EDT 2024 | Uploaded Document. Type: Charge of Discrimination, FileName:Sariaa Form 5.pdf | ANDREA REDDY |
| Thu Sep 19 15:36:08 EDT 2024 | Downloaded Document. Type: Evidence Provided by Charging Party, FileName:complaint continued.pdf | ANDREA REDDY |
| Thu Sep 19 15:36:06 EDT 2024 | Downloaded Document. Type: Charge of Discrimination-Form 5A, FileName:Sariaa Form 5-A.pdf | ANDREA REDDY |
| Thu Sep 19 15:35:46 EDT 2024 | Uploaded Document. Type: Internal Correspondence-Enforcement, FileName:2024-09-19 EEOC Form 291 Unsigned Alsariaa.docx | ANDREA REDDY |
| Thu Sep 19 15:34:18 EDT 2024 | Closure note added. Type:Closure and Non-Disclosable:No. | ANDREA REDDY |
| Thu Sep 19 15:30:16 EDT 2024 | Pre-Determination Interview note added. Type:Pre-Determination Interview and Non-Disclosable:No. | ANDREA REDDY |
| Thu Sep 19 15:28:57 EDT 2024 | Intake Interview note added. Type:Intake Interview and Non-Disclosable:No. | ANDREA REDDY |
| Thu Sep 19 15:08:48 EDT 2024 | Downloaded Document. Type: Charge of Discrimination-Form 5A, FileName:Sariaa Form 5-A.pdf | ANDREA REDDY |
| Thu Sep 19 15:08:35 EDT 2024 | Respondent numberOfEmployees changed to 101 - 200 Employees | ANDREA REDDY |

| Date | Event | Name |
|------|-------|------|
| Thu Sep 19 15:08:19 EDT 2024 | Charging Party homePhone changed to (646) 407-8561 | ANDREA REDDY |
| Thu Sep 19 15:08:19 EDT 2024 | Charging Party cellNumber changed to (646) 407-8561 | ANDREA REDDY |
| Wed Sep 18 13:32:33 EDT 2024 | General note added. Type:General and Non-Disclosable:No. | ANDREA REDDY |
| Wed Sep 18 09:37:37 EDT 2024 | Downloaded Document. Type: Evidence Provided by Charging Party, FileName:complaint continued.pdf | ANDREA REDDY |
| Wed Sep 18 09:37:36 EDT 2024 | Downloaded Document. Type: Charge of Discrimination-Form 5A, FileName:Sariaa Form 5-A.pdf | ANDREA REDDY |
| Wed Sep 18 09:37:35 EDT 2024 | Downloaded Document. Type: Evidence Provided by Charging Party, FileName: Jasell Conversation with Noora Alsariaa.pdf | ANDREA REDDY |
| Wed Sep 18 09:37:35 EDT 2024 | Downloaded Document. Type: Evidence Provided by Charging Party, FileName:Gmail Sonja Jones - Illegal acts.pdf | ANDREA REDDY |
| Wed Sep 18 09:37:34 EDT 2024 | Downloaded Document. Type: Evidence Provided by Charging Party, FileName:Gmail - Response Required Ascend removal - Feedback from school partner.pdf | ANDREA REDDY |
| Wed Sep 18 09:37:34 EDT 2024 | Downloaded Document. Type: Evidence Provided by Charging Party, FileName:30pm .pdf | ANDREA REDDY |
| Wed Sep 18 09:37:33 EDT 2024 | Downloaded Document. Type: Evidence Provided by Charging Party, FileName: Conversation with Noora Alsariaa.pdf | ANDREA REDDY |
| Wed Sep 18 09:37:33 EDT 2024 | Downloaded Document. Type: Evidence Provided by Charging Party, FileName:24 2 work schedule of the day .jpg | ANDREA REDDY |
| Wed Sep 18 09:37:32 EDT 2024 | Downloaded Document. Type: Evidence Provided by Charging Party, FileName:Time sheet ascend 1.jpg | ANDREA REDDY |
| Wed Sep 18 09:37:31 EDT 2024 | Downloaded Document. Type: Evidence Provided by Charging Party, FileName:witnesses-Charge 520-2024-04283.pdf | ANDREA REDDY |
| Wed Sep 18 09:37:31 EDT 2024 | Downloaded Document. Type: Correspondence with Charging Party, FileName:RE_ Charge 520-2024-04283.msg | ANDREA REDDY |
| Wed Sep 18 09:37:30 EDT 2024 | Downloaded Document. Type: Notice of Unperfected charge, FileName:520-2024-04283_NoticeOfChargeOfDiscrimination_Unperfected.pdf | ANDREA REDDY |

| Date | Event | Name |
|---|---|---|
| Tue Sep 03 10:03:56 EDT 2024 | Charge assignee ANDREA REDDY (INVESTIGATOR) viewed charge details. | ANDREA REDDY |
| Tue Sep 03 09:46:01 EDT 2024 | ANDREA REDDY designated as the primary assignee | DARLAN BASTIDAS |
| Tue Sep 03 09:46:01 EDT 2024 | DARLAN BASTIDAS removed as the primary assignee | DARLAN BASTIDAS |
| Tue Sep 03 09:45:34 EDT 2024 | Downloaded Document. Type: Charge of Discrimination-Form 5A, FileName:Sariaa Form 5-A.pdf | DARLAN BASTIDAS |
| Wed Jul 31 22:07:28 EDT 2024 | Emailed Ascend Charter Schools at sonja.jones@ascendlearning.org that charge has been unperfected | Arcapp User |
| Wed Jul 31 22:07:27 EDT 2024 | Uploaded Document. Type: Notice of Unperfected charge, FileName:520-2024-04283_NoticeOfChargeOfDiscrimination_Unperfected.pdf | Arcapp User |
| Wed Jul 31 22:07:25 EDT 2024 | Generated Document. Type: Notice of Unperfected charge, FileName:520-2024-04283_NoticeOfChargeOfDiscrimination_Unperfected.pdf | Arcapp User |
| Mon Jul 29 11:44:37 EDT 2024 | Uploaded Document. Type: Correspondence with Charging Party, FileName:RE_ Charge 520-2024-04283.msg | DARLAN BASTIDAS |
| Mon Jul 29 11:05:44 EDT 2024 | Downloaded Document. Type: Charge of Discrimination-Form 5A, FileName:Sariaa Form 5-A.pdf | DARLAN BASTIDAS |
| Mon Jul 29 11:05:37 EDT 2024 | Charge assignee DARLAN BASTIDAS (SUPERVORY INVESTIGATOR) viewed charge details. | DARLAN BASTIDAS |
| Mon Jul 29 10:49:21 EDT 2024 | Uploaded Document. Type: Evidence Provided by Charging Party, FileName:witnesses-Charge 520-2024-04283.pdf | Publicportal User |
| Mon Jul 29 09:56:13 EDT 2024 | The Charging Party has Downloaded Document. Type: Evidence Provided by Charging Party, FileName:30pm .pdf | Publicportal User |
| Sat Jul 27 08:43:51 EDT 2024 | Uploaded Document. Type: Evidence Provided by Charging Party, FileName:Time sheet ascend 1.jpg | Publicportal User |
| Sat Jul 27 08:41:25 EDT 2024 | Uploaded Document. Type: Evidence Provided by Charging Party, FileName:24 2 work schedule of the day .jpg | Publicportal User |
| Sat Jul 27 08:39:44 EDT 2024 | Uploaded Document. Type: Evidence Provided by Charging Party, FileName: Conversation with Noora Alsariaa.pdf | Publicportal User |
| Sat Jul 27 08:38:01 EDT 2024 | Uploaded Document. Type: Evidence Provided by Charging Party, FileName:30pm .pdf | Publicportal User |

| Date | Event | Name |
|---|---|---|
| Sat Jul 27 08:34:18 EDT 2024 | Uploaded Document. Type: Evidence Provided by Charging Party, FileName:Gmail - Response Required Ascend removal - Feedback from school partner.pdf | Publicportal User |
| Sat Jul 27 08:32:18 EDT 2024 | Uploaded Document. Type: Evidence Provided by Charging Party, FileName:Gmail Sonja Jones - Illegal acts.pdf | Publicportal User |
| Sat Jul 27 08:30:28 EDT 2024 | Uploaded Document. Type: Evidence Provided by Charging Party, FileName: Jasell Conversation with Noora Alsariaa.pdf | Publicportal User |
| Sat Jul 27 08:25:04 EDT 2024 | The Charging Party has Downloaded Document. Type: Charge of Discrimination-Form 5A, FileName:Sariaa Form 5-A.pdf | Publicportal User |
| Sat Jul 27 08:24:33 EDT 2024 | The Charging Party has Downloaded Document. Type: Evidence Provided by Charging Party, FileName:complaint continued.pdf | Publicportal User |
| Sat Jul 27 08:23:29 EDT 2024 | The Charging Party has Downloaded Document. Type: Evidence Provided by Charging Party, FileName:complaint continued.pdf | Publicportal User |
| Thu Jul 25 09:04:56 EDT 2024 | Emailed Ms. Noora D. Alsariaa at (b) (6), (b) (7)(C) that charge has been Filed | JOSEPH JACKOWSKI |
| Thu Jul 25 09:04:56 EDT 2024 | Uploaded Document. Type: Charge of Discrimination-Form 5A, FileName:Sariaa Form 5-A.pdf | JOSEPH JACKOWSKI |
| Thu Jul 25 09:04:56 EDT 2024 | Case status changed from Inquiry Submitted to Charge Filed. | JOSEPH JACKOWSKI |
| Thu Jul 25 09:04:56 EDT 2024 | A charge is formalized | JOSEPH JACKOWSKI |
| Thu Jul 25 09:04:52 EDT 2024 | Uploaded Document. Type: Evidence Provided by Charging Party, FileName:complaint continued.pdf | JOSEPH JACKOWSKI |
| Thu Jul 25 09:03:58 EDT 2024 | Respondent numberOfEmployees added as Unknown Number Of Employees | JOSEPH JACKOWSKI |
| Thu Jul 25 09:03:58 EDT 2024 | Respondent institutionType added as Public Elementary School | JOSEPH JACKOWSKI |
| Thu Jul 25 09:03:58 EDT 2024 | Respondent emlState added as Respondent must verify record. | JOSEPH JACKOWSKI |
| Thu Jul 25 09:00:44 EDT 2024 | Allegation Title VII National Origin-Arab, Afghani or Middle-Eastern Tenure added to case | JOSEPH JACKOWSKI |
| Thu Jul 25 09:00:44 EDT 2024 | Allegation Title VII National Origin-Arab, Afghani or Middle-Eastern Discharge added to case | JOSEPH JACKOWSKI |

| Date | Event | Name |
|---|---|---|
| Thu Jul 25 09:00:44 EDT 2024 | Allegation Title VII National Origin-Arab, Afghani or Middle-Eastern Assignment added to case | JOSEPH JACKOWSKI |
| Thu Jul 25 09:00:44 EDT 2024 | Allegation Title VII National Origin-Arab, Afghani or Middle-Eastern Hiring added to case | JOSEPH JACKOWSKI |
| Thu Jul 25 09:00:44 EDT 2024 | Allegation Title VII National Origin-Arab, Afghani or Middle-Eastern Terms/Conditions added to case | JOSEPH JACKOWSKI |
| Thu Jul 25 08:56:57 EDT 2024 | DARLAN BASTIDAS designated as the primary assignee | JOSEPH JACKOWSKI |
| Thu Jul 25 08:56:46 EDT 2024 | Case status changed from Inquiry Closed to Inquiry Submitted. | JOSEPH JACKOWSKI |
| Thu Jul 25 08:56:46 EDT 2024 | Closed Inquiry has been reopened | JOSEPH JACKOWSKI |
| Wed Apr 10 11:09:38 EDT 2024 | Viewed Online Inquiry Report Information | ALEXANDER ADESHCHENKO |
| Wed Apr 10 11:08:07 EDT 2024 | Viewed Online Inquiry Report Information | ALEXANDER ADESHCHENKO |
| Sat Apr 06 21:41:20 EDT 2024 | Viewed Online Inquiry Report Information | (b) (6), (b) (7)(C) |
| Sat Apr 06 21:40:17 EDT 2024 | Sent email Notice of Closed Inquiry to Ms. Noora D. Alsariaa at (b) (6), (b) (7)(C) | Publicportal User |
| Sat Apr 06 21:40:16 EDT 2024 | Case status changed from Inquiry Submitted to Inquiry Closed. | Publicportal User |
| Sat Apr 06 21:40:16 EDT 2024 | Inquiry has been closed with reason Opt Out. | Publicportal User |
| Sat Apr 06 21:37:34 EDT 2024 | PP user confirms that the Preservation of Evidence has been reviewed | (b) (6), (b) (7)(C) |
| Sat Apr 06 21:37:13 EDT 2024 | An Inquiry has been created. | (b) (6), (b) (7)(C) |

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website:  www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/20/2024

**To:** Ms. Noora D. Alsariaa Jr.
    1475 Geneva Loop
    BROOKLYN, NY 11239
Charge No: 520-2024-04283

EEOC Representative and email:   ANDREA REDDY
    Federal Investigator
    andrea.reddy@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 520-2024-04283.

On behalf of the Commission,

Digitally Signed By:Yaw Gyebi, Jr.
09/20/2024

Yaw Gyebi, Jr.
District Director

**Cc:**

Please retain this notice for your records.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**CHARGE OF DISCRIMINATION**

| For Official Use Only – Charge Number: |
| --- |

EEOC Form 5A (June 2023)

| | |
| --- | --- |
| **Personal Information** | First Name: Noora      MI: D      Last Name: Alsariaa<br>Address: 450 53rd St      Apt.: 3<br>City: Brooklyn      County: Kings      State: NY   Zip Code: 11220<br>Phone: 6464078561   Home ☐ Work ☐ Cell ☑   Email: (b) (6), (b) (7)(C) |
| **Who do you think discriminated against you?** | Employer ☑      Union ☐      Employment Agency ☐      Other Organization ☐<br>Organization Name: Ascent Charter Schools<br>Address: 205 Rockaway PKWY 6th Fl      Suite: _____<br>City: Brooklyn      State: NY   Zip Code: 11212   Phone: 347-464-7600 |
| **Why you think you were discriminated against?** | Race ☐   Color ☐   Religion ☐   Sex ☐   National Origin ☑   Age ☐   Pregnancy ☐<br><br>Disability ☐   Genetic Information ☑   Retaliation ☐   Other ☐ (*specify*) |
| **What happened to you that you think was discriminatory?** | **Date of <u>most recent job action</u> you think was discriminatory:** 03/20/2024<br>**Also describe briefly <u>each job action</u> you think was discriminatory and when it happened (estimate).**<br><br>My name was removed from New York City "Ascend charter Schools" and other Charter schools including  "Amber charter, opportunity charter" after I complained by email about discrimination and biased treatment, I received from Ascend school in my assignment day of March 19, 2024. I complained to the school principal Sonja Jones when the school change my assignment schedule after finished my workday "only me" among other teachers and the bad treatment I received earlier from Sonja Jones in the same day. Discrimination based on national origin: in the break room, the conversation was how bad Arabic language and how bad Arab countries and Ms. Walker descried Emiratis "Dubai" worse among world cities. Because I Iraqi and speak Arabic. "please finds extension to the form attached. |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above.  I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>**I declare under penalty of perjury that the above is true and correct.**<br><br>Signature: _____      Date: 07/22/2024 |

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5A, Charge of Discrimination, Issued October 2017.

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL
## WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of rights under the Act.

**Extension to the Complaint form**

I am 40 years old woman. I work a substitute teacher for long and short terms through Swing Education agency. The work system is receiving assignments through "Swing" as independent contractor teacher. On March 19, 2024, I was assigned to work with Ascend Charter School/ Elementary, (the opponent), location in Rockaway/ Brooklyn. The assignment schedule to work from 7:45 am to 3:30 pm. Only one day " single assignment". Briefly: My name was removed from New York City "Ascend charter Schools" and other Charter schools including  "Amber charter, opportunity charter" after I complained by email about discrimination and biased treatment, I received from Ascend school in my assignment day of March 19, 2024. I complained to the school principal Sonja Jones when the school change my assignment schedule after finished my workday "only me" among other teachers and the bad treatment I received earlier from Sonja Jones in the same day. (Attached the email from Swing stated "removed my name from all Ascend schools" because my complained about illegal change to my schedule). The removed expanded to Amber Charter schools as well. Details: I arrived in the morning at 7:30 am and I received the day schedule (Attached). The schedule indicated the assignment of the day ended at 3:30 p.m. I wasn't the only substitute teacher assigned for that day. There were more than 5 sub teachers in break room. Earlier of the day at 11:40 am after my first period in room (312) for first grade (1B), Ms. Sonja came to the break room in front of other teachers, said "Ms. A" (Me) asked "come to the office", Additional went and she with other school principals (he was one he came later with anger), she said (we had students problem at lunch time with you "she name one of the classes", I said "I don't have lunch duties and I did cover science with first grade.  I went back to break room. On my last period with fourth grade from 12:15 to 3:30 pm, and after I left with 4B class in room (502) alone without any plan or lesson plan only Ms. Sonja showed up for two minutes asked to put movie on, I told her "I asked students to be on their computers so they can complete their tasks" she said okay and left, then by the end of day at 3:15-20 pm, one of the school principal came with a list of dismissal list of students families (grown up) for pick up and he said in angry voice "this is the list for dismissal and it starts at 3:35 pm), I said my assignment time to 3:30 pm like other sub teachers for today and he said "No, it is until 4 pm" and I showed him my schedule and assignment on phone and on paper, he said "there is a mistake by your agency and I will call them to correct it", I didn't argue again because we were inside the classroom, I said okay then he left. I saw the other Sub Mr. Samedi leaving and waved to me to leave. At 3:25 pm, the classroom teacher came back then I left, and I saw on my way two others sub teachers (Theo Valerie and Ms. Walker) and I asked them, (did anyone from school principals asked you to stay over time? They said No!). I singed out at 3:30 pm in principal's office (attached picture).  After I left and arrived home and at 4:45 pm, I received notification your assignment date change to 4 pm! I reached out to my agency (Swing) and chat with support team (Jasell) (attached) I complained about discrimination not with other teachers and scam the time and it is illegal because agreement until 3:30 and my assignment

accomplished. The agent reversed the time as it was agreed upon. I wrote an email to Ms. Sonja asked why this illegal changed agreement time with me. (attached). Discrimination based on national origin: in the break room, the conversation was how bad Arabic language and how bad Arab countries and Ms. Walker descried Emiratis "Dubai" worse among world cities. Because I Iraqi and speak Arabic. This conversation happened from 11:40-12:15 pm I strongly believe third party involved cased me all this problem. (Additional information 3).

**Additional Information 3**

After I received the notification at 4:45 pm, which changed my assignment time to 4 pm, I immediately contacted my agency (Jasell)(attached)[1], **because any bad feedback from school effect my assignments request in future with Swing,** also next day, I wrote to the school principals asked Sonja Jones why this discrimination by changing my time schedule after day accomplished and only me? And why the bad treatment I received from the school earlier? I asked for an apology (**attached picture of the email)[2]**, next day I received an email from Swing (Heather)[3] reflected what I was concern about which is (Ascend school has asked that I should not return to any of their Ascend compasses).  Heather asked for phone call to discuss what was happening from my side because she received from as Ascend, so we had a phone call on Friday Mach 22(attached)[4,] I understood through the phone call, that the opponent (Ascend) has lied to Swing by saying "Ms. A (me) did not finished her day assignment, So Heather got clarity from me and I respect Swing request about "do not reach out to Ascend again", so I did.

**The situation with Amber and Growing Up Green schools:**

Briefly, I was removed from Amber charter schools/ Elementary, and my assignments cancelled for future ones, "Growing up green Elementary school" received the same direction to remove my name but the school principals stand with me".

**Details:**

On the same week after Tuesday March 19, I had three more days assignments: On Wednesday March 20, I had "Amber Charter School East Harlem" location in "220 E 106th St, New York, NY 10029" I was assigned with Ms. Claudia for 1st grade, but I noticed Ms. Claudia had different attuited with me at that day than the earlier once on Monday of the same week March 18 when I covered with her couple hours when she appreciated my work. She tried to make problem over students going to bathroom, but it was fine afterword.  In the break room, there were two teachers also talked bad about Dubai and Arabic language! The third thing is Ms. Yahaira "the school principals was absent" and she usually like my work when I was assigned before in her school.

On Thursday March 21, my assignment was with "Amber Charter school Kingsbridge" location in "3120 Corlear Ave, Bronx, NY 10463" I worked with Ms. Lissat  or (Lizzat) for Kindergarten

and the teacher likes my work and my support to her classroom day. I was with her until the last minutes to dismiss the students and she thanks me a lot and we talked about next week assignments because I had accepted two more days for kindergarten next week (March 25- March 27/2024).

However, at 3:30 pm after finished my day I received cancellation notification to my future assignments with Amber schools in both locations. **I opened chat with Swing (Chris)[5]** and I asked "why they cancelled me", he said "as they said because classroom management"

I said the co-teachers likes my work, but Swing encourages me to work with different schools and they didn't take negative action based on that.

### Additional information 4

On Friday March 22, my assignment was with Growing Up Green/ Charter school Elementary location in 39-27 28th St Queens NY 11101. It was my normal assignment with this school because the principals value my hard work and professional dealing with my students and they wrote two good feedback about my work. But it was obviously afternoon this school received an order to create problem in order to remove me like other schools. So around 1 pm, one of staff receptions who sit in front desk, "there are two ladies one with white hair (Sarah) and the other staff who is short and black hair (Latino)", so the other one  grabbed one of my students who I sent to the bathroom and she came into the gym where I was assigned and she said "why this girl has red eyes" she took her to the principal office in the first floor  but the office asked her to leave the student with me and back to front desk. After that they practiced "security lockup" and I was in the office with my class, after that the principals came to me and said you are "good teacher we know that". And by the end of my day Ms. Krigale thanks me.

**Analysis:**

First of all, "Ascend school act changing only my schedule after assignment completed is illegal, even those witness (Please interview the witnesses because they are ready to tell the truth) and Swing 's staff were shocked about this illegal act and reaction of Ascend after I complained about it which basically **retaliation**. The reason I wrote the email to Ascend because I know they will write bad feedback anyway in order to cause me trouble and loss my contract with Swing. So instead, they removed my name and **slander against my teaching career by lies.** In the phone with Heather (Swing agent) I noticed the opponent lied twice by saying "She didn't finish her day", which truly illegal and there is a camera in lobby and office and everywhere in addition to the witness. This is not the first time Ascend school did this illegal and discrimination against me because Ascend school in Canarsie/ Brooklyn staff (Ms. Maurice/ the assistance principals assaulted me in front of the staff and students on November 3rd/ 2023. I asked her to apologize in text message after the dismissal instead she cancelled my long terms assignments and wrote bad feedback, but Swing understood, it was their discrimination not my fault.

Second: As it is obvious, there is a third party involved in my case. Please read the details about Amber schools and "Growing up green school". There is third party asked those schools staff to create problem in order to make me leave my job. Please interview Ms. Tia Walker ( 917-825-7115) who speaks about Arabic language and asked her **"who asked to do so?"** it is the same third party who did the following:1. Change my time schedule illegally. 2. Asked Growing up green school to create problem but the school principals rejected. Please interview the receptionist staff (as described above) and the principals of the school and they will tell the truth. 3. The school principal in "Amber school in Kingsbridge" Ms. Marina (or Maria) act on behalf of the third party with her assistance (short lady with blond hair) in February 9th 2024. The created scenario involved against me in order to cause me a trouble. I was assigned to work with second Grade (located in first Fl, first class on the left) and despite of the teacher of the that class was happy and appreciated my help, those two principals called two small arguments over two students a fight during lunch break (which was only without purpose one student accidently hit other in head). They made the victim child crying, and his body was trembled, and he kept apologized. I know he didn't do anything. His teacher said it is okay we have this kind of issue every day, but those principals staff kept coming asked for victim student (who accidently hit other child) and they disciplined him. By the

**Additional information 5**

end of the day, I asked (Ms. Marina or Maria) about my day, she smiled (you are okay but next time watch the students closely!). That was (02/09/2024) but in (03/21/2024) she basically removed my name directly upon order upon request from 3rd party after Ascend school crime.

Ms. Mariana and her assistance must go to the jail for created this scenario who abused that student on Feb 9th and removed my name from assignments for no reason. Also, please interview Ms. Yahaira (Amber East Harlem) and ask her why they remove my name based on who requested. She knew I am good teacher/

4. in "Opportunity Charter school" Middle and high school, locate in 2024 W 113th New York, 10026. Some of students and staff again, told in my faced "we don't like you, you speak Arabic language, and I didn't even tell anyone I speak Arabic language. Also, one par-staff described Arabic counties specifically Dubai as worse city on earth on my face waiting for reaction! Student "Ayden" in seven grades, knew private thing about me. I informed Ms. Willis (the principals) about it. I used to work with this school many times before but after Ascend crime, they stop sending request.

I am not from United Arab Emiratis, and I do speak Arabic but obviously the 3rd party who involved in this crimes hate **my country background and my language.** Please restore my rights.

…. **Thank you,**

NOORA ALSARIAA

Attachment:

1. Gmail - [Swing Education] Re/ Jasell Conversation with Noora Alsariaa.pdf
2. Gmail Sonja Jones - Illegal acts.pdf
3. Gmail - Response Required Ascend removal - Feedback from school partner.pdf
4. Gmail - Invitation/ Noora alsariaa and Swing Response & Resolutions Team @ Fri Mar 22, 2024 1/30pm - 2pm (PDT) (norah.joseph1993@gmail.com).pdf
5. Gmail -Amber school [Swing Education] Re/ Conversation with Noora Alsariaa.pdf
6. Workday schedule 03/19/24- 2 photos
7. Time sheet Ascend two sheets Ascends.