UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

NOORA D. ALSARIAA,

                             Plaintiff,

                -against-

ASCEND CHARTER SCHOOLS and
AMBER CHARTER SCHOOL KINGSBRIDGE

                          Defendants.

------------------------------------------------------------------------X

Case No.: 24-cv-07265(AT)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    }
                         } ss:
COUNTY OF SUFFOLK    }

        JAMIE BURKE, being duly sworn, deposes and says:

        That Deponent is not a party to this action, is over 18 years of age and resides in Nassau County, New York.

        That on the 22nd day of May 2026 Deponent served Defendants' Notice of Motion to Dismiss Plaintiff's Amended Complaint, Attorney Affirmation in Support of Defendant's Motion to Dismiss with Exhibits A & B, and Ascend Charter Schools Memorandum of Law dated May 22, 2026, and all case law relied upon:

    Noora D. AlSariaa
    450 53rd Street
    Brooklyn, New York 1120

by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post-office/official depository under the exclusive care and custody of the United States Postal Service within the State of New York and via electronic mail.

                                  _____
                                        Jamie Burke

Sworn to before me this
22nd day of May 2026

_____
Notary Public

SOLOMON ABRAMOV
Notary Public, State of New York
Registration No. 02AB6358691
Qualified in Queens County
Commission Expires May 15, 2029